# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert J. Pecora 106167<br>Law Office of Robert J. Pecora<br>7855 Ivanhoe Avenue, Suite 408<br>La Jolla, CA 92037<br>TELEPHONE NO.: (858) 454-4014   FAX NO.(Optional): (858) 454-3548<br>E-MAIL ADDRESS (Optional): robertjpecora@aol.com<br>ATTORNEY FOR (Name): Plaintiff, Allen Harvey Abolafia | FILED<br>NORTH COUNTY DIVISION<br><br>2019 APR -2  A 9: 38<br><br>CLERK-SUPERIOR<br>SAN DIEGO COUNTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 325 South Melrose Drive
MAILING ADDRESS: 325 South Melrose Drive
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: North County Regional Center

PLAINTIFF: Allen Harvey Abolafia

DEFENDANT: Omni Hotels Management Corporation; and

[X] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
☐ MOTOR VEHICLE   [X] OTHER (specify): Premises Liability
☐ Property Damage   ☐ Wrongful Death
[X] Personal Injury   [X] Other Damages (specify):
    loss of enjoyment of life

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
37-2019-00016847-CU-PO-NC

1. Plaintiff (name or names): Allen Harvey Abolafia

   alleges causes of action against defendant (name or names): Omni Hotels Management Corporation; and DOES 1 TO 20
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Abolafia, Allen Harvey

PLD-PI-001

| SHORT TITLE: Abolafia v. Omni Hotels | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant (name):
      Omni Hotels Management Corporation
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 11-20 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

Abolafia, Allen Harvey

PLD-PI-001

| SHORT TITLE: Abolafia v. Omni Hotels | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage (specify):
       loss of enjoyment of life

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
    1. General Negligence; 2. Premises Liability.

Date: March 18, 2019

Robert J. Pecora
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

Abolafia, Allen Harvey

PLD-PI-001(2)

| SHORT TITLE: Abolafia v. Omni Hotels | CASE NUMBER: |

___First___     **CAUSE OF ACTION– General Negligence**     Page __4__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Allen Harvey Abolafia

alleges that defendant *(name)*: Omni Hotels Management Corporation; and

[X] Does __1__ to __20__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: August 29, 2018

at *(place)*: Omni La Costa Resort & Spa located at 2100 Costa Del Mar Road, Carlsbad, CA 92009

*(description of reasons for liability)*:

Plaintiff, Allen Harvey Abolafia, while walking toward the 7th tee box at the Omni La Costa Resort & Spa golf course, located at 2100 Costa Del Mar Road in Carlsbad, California 92009, was injured when Defendants, and each of them, so carelessly and negligently inspected, repaired, maintained, owned, controlled, and marked the premises in such a manner that Plaintiff stepped into an unmarked construction hole adjacent to and hidden by a cement curb, all of which proximately caused Plaintiff to trip and fall forward with his heal stuck in the hole, and caused a serious injury to Plaintiff.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB | Essential Forms
ceb.com

**CAUSE OF ACTION– General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Abolafia, Allen Harvey

PLD-PI-001(4)

| SHORT TITLE: Abolafia v. Omni Hotels | CASE NUMBER: |
|---|---|

__Second__ **CAUSE OF ACTION – Premises Liability**   Page _5_
(number)

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: Allen Harvey Abolafia
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: August 29, 2018   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury)*:
Plaintiff, Allen Harvey Abolafia, while walking within the 7th tee box at the Omni La Costa Resort & Spa golf course, located at 2100 Costa Del Mar Road in Carlsbad, California 92009 was injured when Defendants, and each of them, so carelessly and negligently inspected, repaired, maintained, owned, controlled, and marked the premises in such a manner that Plaintiff stepped into an unmarked construction hole adjacent to and hidden by a cement curb all of which proximately caused Plaintiff to fall to trip and fall forward with his heal stuck in the hole, causing a serious injury to Plaintiff.

Prem.L-2.   [X] **Count One–Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Omni Hotels Management Corporation; and

[X] Does __1__ to __10__

Prem.L-3.   [ ] **Count Two–Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does ____ to ____
Plaintiff, a recreational user, was [ ] an invited guest [X] a paying guest.

Prem.L-4.   [ ] **Count Three–Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does ____ to ____
a. [ ] The defendant public entity had [ ] actual [X] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[X] Does __1__ to __10__
b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[X] described in attachment Prem.L-5.b   [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]   CEB Essential Forms
ceb.com

**CAUSE OF ACTION – Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Abolafia, Allen Harvey

MC-025

| SHORT TITLE: Abolafia v. Omni Hotels | CASE NUMBER: |
|---|---|

**ATTACHMENT** (Number): PL5b
(This Attachment may be used with any Judicial Council form.)

Plaintiff is unaware of the true names and capacities of Defendants Does 1-20 and therefore sues them by fictitious names. Plaintiff is informed and believes and thereon alleges that those Defendants, and each of them, are in some way responsible for Plaintiff's injuries and damages. Plaintiff will amend this complaint to allege the true names and capacities of those Defendants when they have been ascertained.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 6 of 6
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

CEB Essential Forms
ceb.com

Abolafia, Allen Harvey

# EXHIBIT B

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Omni Hotels Management Corporation;
and DOES 1 TO 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Allen Harvey Abolafia

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
NORTH COUNTY DIVISION

2019 APR -2 A 9:38

CLERK-SUPERIOR COURT
SAN DIEGO, CA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):*
37-2019-00016847-CU-PO-NC

Superior Court of California, San Diego
325 South Melrose Drive
Vista, CA 92081

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert J. Pecora 106167 Law Office of Robert J. Pecora
7855 Ivanhoe Avenue, Suite 408 (858) 454-4014
La Jolla, CA 92037

DATE: APR -2 2019   Clerk, by S. Bedolla , Deputy
*(Fecha)*                  *(Secretario)*                            *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Omni Hotels Management Corporation
   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 4-8-2019

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Abolafia, Allen Harvey

# EXHIBIT C

```
1  ROBERT J. HANNA, Bar No. 66105
   robert.hanna@bbklaw.com
2  MATTHEW L. GREEN, Bar No. 227904
   matthew.green@bbklaw.com
3  WHITNEY R. BLACKHURST, Bar No. 295239
   whitney.blackhurst@bbklaw.com
4  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
5  San Diego, California 92101
   Telephone:  (619) 525-1300
6  Facsimile:  (619) 233-6118

7  Attorneys for Defendant
   OMNI HOTELS MANAGEMENT
8  CORPORATION
```

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
05/08/2019 at 02:14:00 PM
Clerk of the Superior Court
By Carlos Terriquez, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY REGIONAL CENTER

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>     Plaintiff,<br><br>     v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 20, inclusive,<br><br>     Defendants. | Case No.  37-2019-00016847-CU-PO-NC<br>Judge: Earl H. Maas, III<br>Dept.: N-28<br><br>DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S ANSWER TO COMPLAINT<br><br>IMAGED FILE<br><br>Complaint Filed: April 2, 2019 |

61746.00003\32019515.1

- 1 -

DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S ANSWER TO COMPLAINT

Defendant Omni Hotels Management Corporation ("Omni") hereby answers the Complaint filed by Plaintiff Allen Harvey Abolafia ("Plaintiff") as follows:

## GENERAL DENIAL

Pursuant to Code of Civil Procedure section 431.30, subdivision (d), Omni generally and specifically denies each and every allegation in the unverified Complaint, and further denies that Plaintiff has sustained damages in the amounts alleged, or in any amount, or is entitled to any of the relief requested, or to any other relief of any kind or nature, by reason of any act, action, omission or breach of duty on the part of Omni, or on the part of any agents or employees of Omni.

## AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defense to each allegation, purported cause of action, and claim set forth in the Complaint, Omni alleges the following against Plaintiff. Unless expressly limited, each of the defenses set forth applies to each and every purported cause of action set forth in the Complaint.

## FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, the Complaint, and each purported cause of action contained therein, fails to allege facts sufficient to state a cause of action against Omni.

## SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, Plaintiff has failed, and continues to fail, to use reasonable care and diligence to mitigate the losses, if any, and damages, if any, alleged by him in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, the Complaint is barred because Plaintiff failed to exercise reasonable and ordinary care, caution, or prudence for his safety in order to avoid the alleged accident. The resulting injuries and damages, if any, sustained by Plaintiff were proximately caused and contributed to by the negligence of Plaintiff.

///

///

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

## FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, the Complaint is barred because Plaintiff assumed the risk of his alleged injuries.

## FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, the Complaint is barred by the statute of limitations, including, but not limited to, the statute of limitations under Code of Civil Procedure section 335.1.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, Omni was justified in doing any and/or all acts alleged in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, Omni acted in good faith at all times material herein, based on all relevant facts and circumstances known by it at the time it so acted.

## EIGHTH AFFIRMATIVE DEFENSE

As an eighth affirmative defense, to the extent Plaintiff incurred or sustained any damages, which Omni denies, any act, conduct, or omission, if any, on the part of Omni, was neither a substantial factor in bringing about, nor a contributing cause of, such damages.

## NINTH AFFIRMATIVE DEFENSE

As a ninth affirmative defense, any damages Plaintiff may have sustained were the result, in whole or in part, of conduct by other parties for whom Omni is not legally responsible.

## TENTH AFFIRMATIVE DEFENSE

As a tenth affirmative defense, the Complaint is barred by the doctrine of waiver.

## ELEVENTH AFFIRMATIVE DEFENSE

As an eleventh affirmative defense, the Complaint is barred in whole or in part to the extent Plaintiff released the claims therein.

## TWELFTH AFFIRMATIVE DEFENSE

As a twelfth affirmative defense, Omni expressly reserves the right to assert additional affirmative defenses in the event investigation and discovery reveal that they would be

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

appropriate.

WHEREFORE, Omni prays as follows:

1. That Plaintiff take nothing by reason of the Complaint;
2. That Omni take judgment against Plaintiff;
3. That Omni recover the costs of suit incurred herein; and
4. For such other and further relief as the Court deems proper.

Dated: May 8, 2019

BEST BEST & KRIEGER LLP

By: /s/ W. Blackhurst
ROBERT J. HANNA
MATTHEW L. GREEN
WHITNEY R. BLACKHURST
Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

61746.00003\32019515.1

- 4 -

DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S ANSWER TO COMPLAINT

<u>Allen Harvey Abolafia v. Omni Hotels Management Corp.</u>
San Diego Superior Court, North County Case No. 37-2019-00016847-CU-PO-NC

## PROOF OF SERVICE

I, Jannine South, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On May 8, 2019, I served a copy of the within document(s):

    DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S
    ANSWER TO COMPLAINT

[x] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below (specify one):

    [ ] Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    [x] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Robert J. Pecora, Esq.      ATTORNEYS FOR PLAINTIFF
Law Office of Robert J. Pecora      ALLEN HARVEY ABOLAFIA
7855 Ivanhoe Avenue, Suite 408
La Jolla, California 92037      Tel: (858) 454-4014
    Email: robertjpecora@aol.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2019, at San Diego, California.

    */s/ Jannine South*
    Jannine South

61746.00003\32005187.1

PROOF OF SERVICE