Robert J. Pecora, SBN 106167
Pecora & Cline
7855 Ivanhoe Avenue
Suite 408
La Jolla, California 92037
Telephone: (858) 454-4014
Facsimile (858) 454-3548

Attorney for *Allen Harvey Abolafia, Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>     Plaintiff<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, et. al. | Case No. 3:19-cv-01923-W-KSC<br><br>Judge:     Hon. Thomas J. Whelan<br><br>PLAINTIFF ALLEN HARVEY ABOLAFIA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION<br><br>Hearing:     July 20, 2020<br><br>No oral argument pursuant to local rule 7.1 d. 1.<br><br>Date Action Filed: October 2, 2019 |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 20, 2020 or as soon thereafter as the matter may be heard, before Judge Thomas J. Whelan of this Court, located at 221 West Broadway, Courtroom 3C, San Diego, California 92101, Allen Harvey Abolafia, Plaintiff, moves this Court for an order granting summary judgment in his favor against Defendant Omni Hotels Management Corporation on its affirmative defenses pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff's

Plaintiff Allen Harvey Abolafia's Notice of Motion and Motion for Summary Judgment Against Defendant Omni Hotels Management Corporation

basis for his motion is that Defendant's affirmative defenses are not recognized under California law or there are no facts to support Defendant's affirmative defenses. Therefore, Plaintiff is entitled to judgment as a matter of law on each affirmative defense.

This motion is based on this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities and on such other evidence as may be presented at the hearing of this motion.

Respectfully Submitted,

Date: June 16, 2020

*[signature]*

Robert J. Pecora, SBN 106167
Pecora & Cline
7855 Ivanhoe Avenue
Suite 408
La Jolla, California 92037
(858) 454-4014

Attorney for *Allen Harvey Abolafia, Plaintiff*

Page 2 of 2

Plaintiff Allen Harvey Abolafia's Notice of Motion and Motion for Summary Judgment Against Defendant Omni Hotels Management Corporation