Robert J. Pecora, SBN 106167
Pecora & Cline
7855 Ivanhoe Avenue
Suite 408
La Jolla, California 92037
Telephone: (858) 454-4014
Facsimile (858) 454-3548

Attorney for *Allen Harvey Abolafia, Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ALLEN HARVEY ABOLAFIA, | Case No. 3:19-cv-01923-W-KSC |
|---|---|
| Plaintiff | Judge: Hon. Thomas J. Whelan |
| v. | DECLARATION OF ROBERT J. PECORA IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT OMNI HOTELS CORPORATION |
| OMNI HOTELS MANAGEMENT CORPORATION, et. al. | |
| Defendants | |
| | Hearing: July 20, 2020 |
| | No oral argument pursuant to local rule 7.1 d. 1. |
| | Date Action Filed: October 2, 2019 |

I, Robert J. Pecora, declare in support of Plaintiff's motion for summary judgment that:

1. I am the attorney for Allen Harvey Abolafia in the above-entitled case.

2. Exhibits 1 is a true and correct copy of pages 19 and 23-26 of Plaintiff Allen Harvey Abolafia's deposition.

3. Exhibit 2 is true and correct copy of the Amended and Restated Rules of the Club at La Costa.

4. Exhibit 3 is true and correct copy of the initial disclosures sent by

Declaration of Robert J. Pecora in Support of Plaintiff's Motion for Summary Judgment Against Defendant Omni Hotels Corporation

Defendant Omni Hotels.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 16. 2020

Robert J. Pecora

Page 2 of 2

Declaration of Robert J. Pecora in Support of Plaintiff's Motion for Summary Judgment Against Defendant Omni Hotels Corporation