1  ROBERT J. HANNA, Bar No. 66105
   robert.hanna@bbklaw.com
2  MATTHEW L. GREEN, Bar No. 227904
   matthew.green@bbklaw.com
3  WHITNEY R. BLACKHURST, Bar No. 295239
   whitney.blackhurst@bbklaw.com
4  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
5  San Diego, California 92101
   Telephone:  (619) 525-1300
6  Facsimile:  (619) 233-6118

7  Attorneys for Defendant
   OMNI HOTELS MANAGEMENT
8  CORPORATION

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12 ALLEN HARVEY ABOLAFIA,              Case No.  19-cv-01923-W-KSC
                                       Judge: Hon. Thomas J. Whelan
13              Plaintiff,
                                       DECLARATION OF LINDA
14       v.                            MITCHELL IN OPPOSITION TO
                                       PLAINTIFF ALLEN HARVEY
15 OMNI HOTELS MANAGEMENT              ABOLAFIA'S MOTION FOR
   CORPORATION; and DOES 1 TO          SUMMARY JUDGMENT
16 20, inclusive,
                                       Date:    July 20, 2020
17              Defendants.            Dept.:   Courtroom 3C (3rd Floor)

18

19

20

21

22

23

24

25

26

27

28

- 1 -                  DECL. OF LINDA MITCHELL IN OPP'N TO
                                                                 MOT. FOR SUMM. J.
                                                                 10-CV-01923-w-ksc

# DECLARATION OF LINDA L. MITCHELL

1. My name is Linda L Mitchell and I have been retained as an expert by Matthew L. Green in the captioned matter. Each of the facts stated herein is stated based on my firsthand experience.  If called as a witness and requested to do so, I would testify to the truth of each fact stated below.

2. I am a Forensic Document Examiner in San Diego County, California, certified by the American Board of Forensic Document Examiners. As a sole practitioner, my work includes all aspects of questioned document examination.  I have completed training in conformance with the Southwestern Association of Forensic Document Examiners (SWAFDE) Training Guidelines (2006) including training from FBI and Secret Service materials.  I have a Bachelor of Science degree in Criminal Justice Administration.

3. My expertise includes a working knowledge of handwriting identification, obliteration and alteration identification and printing processes, including commercial and office printers, copiers, fax machines and typewriters. I also have a working knowledge of computer graphics, manipulation, and design.

4. My current curriculum vitae, attached as Exhibit A hereto, sets forth additional information relating to my qualifications as an expert witness in this matter.

5. I was provided with the inked original membership application entitled; Signature Sport Membership Application, issued by The Club at La Costa. This document contains a signature of Allen Abolafia on page 4, dated January 25, 2007, which is in dispute.  I also received original and photocopied comparative documents known to have been signed by Allen Abolafia which are contemporary to the signature in dispute. These documents are attached as Exhibit B.

6. I have been asked to provide an opinion as to whether or not the signature on the questioned document is the true original signature of Allen Abolafia.

7. I conducted a handwriting examination of the questioned signature in keeping with the guidelines set forth by the Scientific Working Group for Forensic Document Examiners (SWGDOC). A copy of these guidelines is attached as Exhibit C.

8.      My expert opinion is that the signature in question on the membership application is probably a genuine signature of Allen Abolafia. Stated differently, it is more likely than not that Allen Abolafia signed the document in question.

9.      The supporting commentary for this opinion is attached as <u>Exhibit D</u>.

10.      I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.  This declaration was executed on this 22nd day of June at Escondido, California.


_____

Linda L Mitchell

Forensic Document Examiner



CV of Linda L Mitchell

Exhibit A

A-1

## Linda L Mitchell, D-ABFDE

*Mailing Address: 243 S. Escondido Boulevard #550, Escondido, CA 92025-4116 | 888.760.0339*
*Lab Address: 260 S. Orange Street #10, Escondido, CA 92025 | 760.310.1279 | forensicqde@gmail.com*
*Riverside Office: 7121 Magnolia Avenue, Riverside, CA 92504*
*Long Beach Office: 444 W. Ocean Blvd. #813, Long Beach, CA 90802*

Linda Mitchell is a Certified Forensic Document Examiner and Handwriting Expert. The work of a document examiner most often involves the identification or authentication of handwriting; but, there are many other aspects of the profession that can be applied to a document in question. Deciphering documents containing indented writings, and obliterated content and insertions of additional data are just a few examples that can be part of a complex multiple–page document examination. Linda is fully capable of performing all such examinations.

Linda's laboratory includes up–to–date equipment and a full library of reference resources. She provides informative presentations about most aspects of the field document examination for small or large audiences, and is a competent expert witness confirmed in San Diego, Orange County, Los Angeles, Riverside and San Bernardino Superior Court as well as Federal Bankruptcy Court. Her current professional research, was published in the Journal of the American Society of Forensic Document Examiners, June 2016, is entitled, A Blind Study of the Reliability of Hand Printing Identification by the Forensic Document Examiner. She initiated this study in response to a 2013 ruling by the 7th District Court disallowing testimony because of the lack of meaningful research on the subject. Linda is a contributing author to the soon-to-be-published textbook, Forensic Document Examination in the 21st Century and has also been selected by the Office of the Secretary of State as the Voter Fraud Examiner for the 2016 election year through 2020.

Ms. Mitchell completed her formal apprenticeship in questioned document examination under the direct supervision of Manny Gonzales, who has more than 40 years of professional experience involving most aspects of forensic document examination. (Mr. Gonzales' CV is available upon request.) Her training conformed to SWGDOG.org guidelines and the Southwestern Association of Forensic Document Examiners (SWAFDE) Training Guidelines (2006) which included training from FBI and Secret Service materials.

### Education

| | |
|---|---|
| 1970-73 | AA in Dental Hygiene - Cerritos College, Norwalk, CA |
| 2006-08 | BS in Criminal Justice Administration - University of Phoenix, Phoenix, AZ |
| 2008-11 | Internship and Training in Forensic Document Examination -  Alliance Forensic Services |

### Certification

| | |
|---|---|
| 2014-now | Diplomate of the American Board of Forensic Document Examiners |

### Scope of Practice

Expert Analysis and Testimony and Consulting for all types of document and handwriting matters

- Probate
- Family Law
- Personal Investigations
- Fraud
- Medical Malpractice
- Corporate Investigations
- Civil
- Criminal
- Private Matters

### Areas of Expertise

Expert Witness Testimony
Handwriting and Signature Identification / Authentication
Development & Deciphering of Indented Writings  &  Counterfeit Detection
Analysis of Computer–Generated Documents  &  Photocopy Manipulations
Relative Document Dating & Anachronisms  &  Decipherment of Obliterations
Non–destructive Ink & Paper Analyses  &  Typewriting Classification & Identification
Examination of Altered Documents  &  Photocopier Classification & Identification

### Memberships

ABFDE – Diplomate of the American Board of Forensic Document Examiners
AAFS – American Academy of Forensic Sciences – Questioned Document Section (Fellow, Sec'y)
ASQDE – American Society of Questioned Document Examiners (Member)
SWAFDE – Southwestern Association of Forensic Document Examiners (Member)
RCBA – Riverside County Bar Association (Supporting)
PASD - Probate Attorneys of San Diego (Supporting)

## Other Awards and Endeavors

Recipient of the AAFS 2020 Hilton Award for outstanding contributions to the profession
California Secretary of State – Voter Fraud Examiner  2016-2020
Moot Court Training for the San Diego and Riverside County Sheriff Crime Lab Trainees
US Attorney, Eastern California District Expert
San Bernardino County Public Defender Designated Expert
Riverside County Office of the Public Defender Expert
Fresno County Office of the Public Defender Expert
Tulare County Office of the District Attorney and Sheriff Dept. Expert

## Publications 2009–Present

2020   Forensic Document Examination in the 21st Century, contributing author. Pub date TBA (Peer Reviewed)
2016   The Reliability of the FDE in Identification of Hand Printing, A Blind Study. The Journal of ASQDE, Vol. 19, Number 1, June 2016, pp 25-32. (Peer Reviewed)
2015   Is a Notarized Document Genuine? Syndicated through Ezine @rticles to NBIZ Magazine
2015   The Forensic Significance of Handwriting Biometrics. Published in Digital Forensics Magazine (co-author Bill Flynn, certified forensic document examiner)

## Examined Documents and Conclusions Rendered on Behalf of:

| | | |
|---|---|---|
| CA Secretary of State | Lanak & Hanah – Orange | James O. Douglass, Esq. – Palm Desert |
| United States Attorney's Office Eastern District of California | Lurie, Zepeda, Schmalz, Hogan & Martin, APC - Los Angeles | Sheppard, Mullin, Richter & Hampton - Palo Alto |
| Riverside County Public Defender | Bonne Bridges et al. – Los Angeles | Robert W. Pederzani, Esq. – Newport Beach |
| Fresno County Public Defender | Musick, Peeler & Garrett – San Francisco | Burns, Schaldenbrand & Rodriguez – Oceanside |
| CA Dept. of Consumer Affairs | Hueston Hannegan - Los Angeles | Vivoli Sacuzzo, LLP – San Diego |
| San Diego Co. District Attorney | Schorr Law – Orange County | Oceanside Unified School District |
| Tulare County Sheriff's Dept. | Tulare County District Attorney | Anderson and LeBlanc - Upland |

## Presentations 2009–Present

**General Forensic Document Examiner Information**

- LSI (Legal Secretaries Inc.) Quarterly Conference, Palm Springs, CA
- Lake University, Guest Lecturer for Criminalistics Class Camp Pendleton, CA. (Marine Gunner, Vincent H. Kyzer, instructor)
- ACFI (Assoc. of Certified Fraud Investigators) (2 MCLE units) Orange County, CA
- ACFI (Assoc. of Certified Fraud Investigators) (2 MCLE units) Palm Desert, CA (co–presenter Manny Gonzales)
- National League of Licensed Investigators, Ontario, CA (co–presenter Manny Gonzales)
- Orange County Chapter of the Association of Certified Fraud Examiners, Irvine, CA (co–presenter, Manny Gonzales) Forensic
- The Annual Conference of Calif. Assoc. of Licensed Investigators – (CALI), Costa Mesa, CA (co–presenter, Manny Gonzales)
- San Diego Public Defenders (MCLE provider units; co–presenter, Manny Gonzales), Vista, CA
- Other presentations to San Diego Republican Women's Club, Escondido Rotary, Escondido Chamber of Commerce, Fallbrook Women's Association, Forensic Expert Witness Association (FEWA San Diego Chapter)

**Presentations to Colleagues**

Introduction to the Application of Practice Management Software for the FDE
>     ASQDE Annual Scientific Session, Charleston, SC 2019 and AAFS Scientific Session 2020

Discussion of research regarding the Reliability of the FDE to Identify Hand Printing
>     AAFS – American Academy of Forensic Science Annual Scientific Session
>     2017 and as part of a 6-hour Workshop on hand printing at AAFS 2020

Arabic Signatures on American Documents; Are there Class Characteristics?
>     AAFS – American Academy of Forensic Science Annual Scientific Session
>     *(Ron Morris, former USSS FDE presented on her behalf)*

Methods for Reassembling Crosscut Shredded Documents
>     ASQDE Annual Scientific Session, Charleston, SC
>     *(presented on behalf of Larry A. Olson, Diplomate – ABFDE, IRS QD Lab, Chicago, IL)*

Training Requirements for the Forensic Document Examiner
>     IAI, California Regional Education Conference, San Diego, CA (co–presenter, Manny Gonzales)
>     IAI, International Educational Annual Conference (co–presenter, Manny Gonzales), Spokane, WA

Computer–Generated Altered Document Detection
>     SWAFDE, 30th Anniversary Meeting, Scottsdale, AZ
>     IAI, International Educational Annual Conference (co–presenter, Manny Gonzales), Spokane, WA

Onsite Infrared/Ultra Violet Examination of Questioned Documents
>     SWAFDE Annual Scientific Session (co–presenter, Manny Gonzales), Los Angeles, CA

### Highlights of Approved Continuing Professional Education

- AAFS – Annual Scientific Session attended 2007–2012, 2015–2020
- ASQDE – Annual Scientific Meetings attended 2011–2015, 2017–2019
- Texas A&M – Foundations of Fingerprint Comparison 2015
- SWAFDE – Annual Conferences attended 2009–2016, 2018
- NIST – Measurement Science Standards in Forensic Handwriting Analysis Conference 2013, 2015
- ICAP – Annual Education Conference 2012
- FBI/NIJ – Impression and Pattern Evidence Symposium  2012
- Notary Public Mandatory Training  2012, 2016
- IAI – Annual Scientific Meeting 2012
- LCI – Methods of Latent Print and Crime Scene Processing 2009
- Escondido Adult Education – Photoshop  Applications  2009
- ST2AR FDE Workshop 2008
- SEAK – Expert Witness Conference 2007

*Following are full names represented by the acronyms above:*

AAFS – American Academy of Forensic Sciences, multi–disciplinary professional organization that provides leadership to advance science and its application to the legal system. Highly regarded among forensic experts; membership in FDE section is vetted.

ASQDE – American Society of Questioned Documents Examiners, the oldest and largest organization in the world dedicated to the profession of forensic document examination. Strict membership requirements.

SWAFDE – Southwestern Assoc. of Forensic Document Examiners, a regional FDE organization; membership is vetted.

NIST – National Institute of Science and Technology

ICAP – Inland Counties Association of Paralegals

IAI – Int'l Assoc. for Identification, oldest & largest forensic assoc. in the world. Membership in QD section is vetted.

LCI Services– Lewis Consulting and Investigative Training, Inc., a for–profit law enforcement training company.

ST2AR – Skill Task Training Assessment Research, Inc., training, testing and research provided for a fee by ABFDE certified Forensic Document Examiners with the express goal of advancing the forensic sciences.

SEAK – Skills, Education, Achievement, Knowledge, a for–profit continuing education, consulting & publishing company.

## Court Appearances within the last five years

| Year | Court | Location | Case # | Judge | Case No | Case Name |
|------|-------|----------|--------|-------|---------|-----------|
| 2020 | San Diego | State Aministrative Hearing | 2019080369 | Marion J. Vomhof | 20-01291 | SERVEY v. Miller |
| 2019 | Riverside | Corona | RIC1824736 | Christopher B Harmon | 19TJ0131 | Sarah ALESSIO Trust |
| | Riverside | Palm Springs | RIC1409788 | Kira L Klatchko | 19-09213 | KORTSCH v. Correa |
| | Orange County | Santa Ana | 10DO11474 | Salvadore Sarmiento | 18MO0710 | Marriage of HOLBURN |
| | Orange County | Santa Ana | 30-2017-900137 | Linda S. Marks | 18DL1210 | Select Bank Card v. ROBINSON |
| 2018 | San Diego | Downtown | 37-2017-45895 | Gary Kreep | 18CC1121 | CIF v. RAY'S MARKET |
| | Los Angeles | Probate | 17STPB04135 | Daniel Juarez | 17JY0717 | James North Estate |
| | Riverside | Probate | RIP 1700678 | Roger Luebs | 18DW0604 | Gabriel MUNOZ Estate |
| | San Diego | Downtown | 37-2017-6948 | John S. Meyer | 18IM0526 | LA FORNARA v. Hurwitz |
| | San Diego | North County | DN169793 | Kelly C. Dowlan | 18RM0511 | HOLTEN  v. Comerford |
| | Los Angeles | Stanley Mosk | P588514 | Maria E. Stratton | 18ZS0626 | Hickey Probate |
| | San Diego | Downtown | DN 182625 | David B. Overholtzer | 18MO0710 | Marriage of  Sonoda |
| 2017 | Los Angeles | Pasadena | 17PDUD00895 | Annabelle Cortez | 17DT1119 | Liao v. YEH |
| | Riverside | Murrieta | RIP 1500507 | Angel Bermudez | 15DT0821 | Estate of Dena Sheets |
| | Los Angeles | Stanley Mosk | BC 582814 | Daniel S. Murphy | 16LH1123 | ACIC v Bryant Matter |
| 2016 | Orange County | Santa Ana | 14D 01-03-50 | Clay M. Smith | 16JS1220 | Marrage of Wiese |
| | Orange County | Santa Ana | 30-2015-00782508 | David L. Belz | 17SS0208 | Allison BOLLINGER Matter |
| | Riverside | Family | RID1500219 | Charistopher B. Harmon | 16RF0802 | Carrie PYLE Matter |
| | Riverside | Family | RID204171 | Eric V. Isaac | 16KP0204 | NEELY v. Neely |
| | Orange County | Santa Ana | 30-2015-00782508 | Mary Fingal Schulte | 17SS0208 | Allison BOLLINGER Matter |
| 2015 | San Diego | Probate | 37-2013-00038575 | Gregory W. Pollock | 13JO0424 | Sorensen v. TRAN |
| | Riverside | Downtown | IND1500454 | Omar Sterling | 15GH0409 | HANDZLIK Matter |

11 Court Testimonies previous to 2015

## Depositions within last five years

| Year | Court | Location | Case # | Deposing Atty. | Case No | Case Name |
|------|-------|----------|--------|----------------|---------|-----------|
| 2019 | Santa Monica | Donald Garrard Law Office | SC12911 | Don Garrard | 18RB0713 | BERNEY v. Davis Plastering |
| | Riverside | Gresham Savage | RIC1824736 | Stephanie Field | 19TJ0131 | Sarah ALESSIO Trust |
| | Tampa, FL | Awerbach & Cohn | 18-000954-C1 | Michael Cohn | 19PG0225 | GRAND HOPE v. Lake Ave. So. |
| | Los Angeles | Ludwig Klein Reporters | 17STPB01362 | Fred Soldewedel | 18YB0910 | Floyd ALLEN Trust |
| | San Diego | Navigato & Battin | 37-2017-00036946 | Travis Bray | 18SK0914 | MEARS v. All Valley Home Health Care |
| 2018 | San Bernardino | Marchetti Office | PROPS 1591002 | Al Marchetti | 16RA0126 | Louia Reichmuth Estate |
| | San Diego | Browning Hocker | 37-2017-6948 | Robert N. Hocker | 18IM0526 | LA FORNARA v. Hurwitz |
| | San Diego | Opus Law Firm | 37-2016-26072 | Michael Manley | 16DG1018 | Rose v. Murphy Family Trust |
| | San Diego | Opus Law Firm | 37-2016-26072 | Charles Pernicka | 16DG1018 | Rose v. Murphy Family Trust |
| 2017 | Los Angeles | Vanderpool Office | 01-05-0002-4262 | Doug Vanderpool | 17MK0424 | HELLER v. Martinez |
| | San Diego | Philip L. Hummel Office | 37-2015-40474 | Jason Quimby | 17EB0420 | THOMAS v. Purceil (OAW) |
| 2016 | Encino | Oldman, Cooley, Sallus, Birnberg & Coleman | BC064049 | Kasey Diba, Mary-Felicia Apanius | 15MP0912 | Getz v. EDWARDS |
| | Riverside | Historic Courthouse Probate | RIP1500507 | Scott Fridley | 15DT0821 | Estate of Dena Sheets |
| | Irvine | Lubin Olson & Niewiadomski | RG14718709 | Danielle Doremus Decker | 16JS0218 | Riverview v. CHHATRALA EDES |
| 2015 | Los Angeles | Stanley Mosk Courthouse | BCBC517236 | Ronald K. Giller | 15WH0419 | POSADA v. Quest Equity Fund |
| | San Diego | Vivoli Sacuzzo Law | 37-2014-00005266 | Michael Vivoli | 14KT1107 | Saunders v. CHHATRALA |

3 Depositions Previous to 2015



Documents Examined

Exhibit B

B-1

The undersigned hereby applies for a Signature Sport Membership at the La Costa Resort and Spa ("the Club") and acknowledges the receipt of the Signature Membership Plan with the attached current Schedule of Dues and Fees and the current Rules and Regulations. Concurrently with the submission of this Application, the undersigned agrees to pay the Club a refundable membership deposit of $ 15,000.00

Upon approval of this Application, the Club promises to pay to the undersigned Membership applicant ("Member"), the "Membership Deposit" (as hereinafter defined), in lawful money of the United States of America, payable in one (1) installment on the anniversary date thirty (30) years from the date of approval of this Membership Application by the Club (the "Maturity Date") or earlier as provided in the Application.

Upon signing the Application, I authorize the disclosure and release of information to the Club for investigating my qualifications for Membership, including without limitation, my credit history. I further authorize any person or entity to furnish the Club information requested by The Club and agree to hold the Club harmless for any and all such acts. The information contained in this application is complete and correct. The Club is hereby authorized to make whatever inquires the Club considers necessary and appropriate to verify this information, including checking with consumer reporting agencies, creditors and employers. I understand that any documents or other information submitted in support of the application become the property of the Club and will be kept by the Club whether or not this application is approved. I understand that the Club may receive information about me from others, and it may furnish information about its credit experience with me to others seeking the information. I intend that this application be relied upon for the purpose of requesting credit from the Club.

I have been informed that KSL Encinitas Resort Corporation, an affiliate of the Club, may construct a beachfront project located in the City of Encinitas (not at the Club site) commonly referred to as the La Costa Beach Access ("Beach Access") but that the construction of the Beach Access is in no way guaranteed. I acknowledge that my membership privileges do not at this time include any specific rights or privileges related to the possible Beach Access. In the event that the Beach Access is constructed, I understand that the Club may amend my membership privileges to include Member access to the Beach Access with terms and conditions to be determined by the Club in its sole and absolute discretion. I further acknowledge that I am purchasing the Membership without any reliance or expectation that my Membership will include privileges to the Beach Access and understand that there is no that privileges to the Beach Access will be included as a membership privilege.

Undersigned shall have thirty (30) days to rescind the Application after it has been submitted, in writing. This application together with the Signature Membership Plan and the 2006 Amended and Restated Rules and Regulations represents the entire understanding between the parties and supersedes any prior oral or written understandings or agreements between them regarding any memberships at the Club.

Applicant's Signature _____ Date 01/25/07 _____ I have received and understand the 2006 Signature Membership Plan and the 2006 Amended and Restated Rules and Regulations.

Co-Applicant's Signature _____ Date _____ _____ I have received and understand the 2006 Signature Membership Plan and the 2006 Amended and Restated Rules and Regulations.

This Membership Application shall not be binding on the Club until the acceptance below is signed:

Approved and Accepted By the Club at La Costa

Authorized Representative _____ Date 01/25/07



THE CLUB AT
LA COSTA

2100 Costa Del Mar Road
Carlsbad, CA 92009
(760) 929-6326
www.lacosta.com


B-2

Handwritten note: KI-1A / C / 1/25/07

Check 3036:
. ABOLAFIA
CONVENTION CENTER DR. FL 8
S VEGAS, NV  89109-2010
90-7162/3222
3881154773
DATE 1-25-07
3036
AY TO THE
RDER OF  La Costa CC
Ten Thousand
$ 10,000
DOLLARS
Washington Mutual
Washington Mutual Bank, FA
Henderson-Pebble Marketplace Financial Center 941
1000 N. Green Valley Pkwy., Suite 600  1-800-788-7000
Henderson, NV 89014-6191  24 hour Customer Service
Gold Customer
⑆32227162⑆: 3881154773⑆ 3036



Handwritten note: KI-1B / C / 1/25/07

Check 1153:
EN ABOLAFIA
QUAIL RUN RD
DERSON NV 89014-2150
COMMAND ASSET PROGRAM
1-25-07
Date
1153
66-21/530
BRANCH 98204
the
der of  La Costa CC
$ 5000
ve Thousand
Dollars
WACHOVIA SECURITIES
Wachovia Bank, N.A.
CODE
⑆53000219⑆: 9071298664⑆ 1153

B-3



## LA COSTA
RESORT AND SPA™

Complete & fax to:
Attn: Membership Billing
F: 760-929-6314
P: 760-929-6338

### The Club at La Costa
### Membership Credit Card Authorization Form

Name: *Adam Abolafia*        Membership#: 071000

Address:

City/State/Zip:

The following is The Club at La Costa policy on delinquent accounts.

If your club account balance is not paid within 30 days of the original billing date, the total account balance will be charged off against a major credit card.  At that time a 1.5% handling fee will also be assessed to your club account.

If your balance is not paid within 30 days of the original billing date, a notice will appear on your statement reminding you that if a payment is not received before the next billing cycle, the account balance will be charged back to your credit card.

Therefore, in order to secure that measure, we will require a major credit card number and your signature.  *Due to credit card regulations, a photocopy of the cardholder's card imprint (front and back), must be provided, upon completion of this form.*

Please note this form only authorizes the credit card listed below.  We request a new credit card authorization form be completed for any new/additional cards.

American Express        Discover        MasterCard

Visa        Diners        Other: _____

Credit Card Number: 3715 39— )  2018

Expiration Date: *May 2009*

Printed name on card: *Allen Abolafia*

Signature: _____        Date: 7/31/07

Check those that apply:

( ) REFUNDABLE DEPOSIT OR DOWN PAYMENT (AMOUNT) $ ___

( ) NOTE PAYMENTS

( ) MONTHLY DUES     ( ) CHARGES

( ) 15TH OF EACH MONTH     ( ) 28TH OF EACH MONTH

( ) CHARGE CARD - ONE TIME ONLY

K1-2
0
7/31/07

B-4

*O17088*



THE CLUB AT
LA COSTA™

# "MEMBERS ONLY" WEBSITE
## Return to Membership Office

<u>Please enter only the fields that you desire to share.</u>

AMEN ABOLAFIA
Husband's Email                    Wife's Email

702 269 0943
Telephone Number                   Telephone Number

29 Quail Run
Home Address

_____ Hn ___ NV ___ 89014
Street                City          State      Zip Code

Signature of Member(s)

Membership Number

☐  No thank you, I do not wish to participate.

*If you have any challenges accessing the Club at La Costa website
please call Anna Young at 760.929.6321*

K1-3
O

2007

B-5

Please check one.
(✓) New
( ) Change Order
( ) Cancellation
( ) Other

THE CLUB AT
LA COSTA™

Membership Billing
P: 760/ 929-6338
F: 760/ 929-6314

## 2007 Membership Order Form

Member Name: ~~Adam~~ Allen Pbolafin    Member #: 017 088

Membership Type: Sport

| | | | | | please initial |
|---|---|---|---|---|---|
| One Bag Storage | $199.00 | Annually | ✓ | | |
| Two Bag Storage | $340.00 | Annually | | | |
| Cart Plan | $940.00 | Annually | | | |
| 1/2 Locker | $225.00 | Annually | | Locker # | |
| 1/4 Locker | $175.00 | Annually | | Locker # | |
| Trail Fee's (Signature) | $1,785.00 | Annually | | | |
| Trail Fee's (Non-Signature | $1,785.00 | Annually | | | |

| Key replacement charge | $ |
|---|---|
| Department: | Associate Name: |

Other: _____
_____
_____

Effective Date: 3-16-07

The undersigned hereby authorizes La Costa Resort & Spa (the "Resort") to take possession of the Equipment for temporary storage.

**Liability for Damage** - Each party shall be responsible for any damage to the equipment to the extent caused by such party while the Equipment is in such party's possession or under its control.  To the extent a party pays for damage it caused to the Equipment, the other party shall, to the extent of the amount paid, assign to the first party any rights the other party may have with respect to the damaged or destroyed article of Equipment under any insurance carried thereon, together with all applicable rights, title and interests in such article of Equipment.  For purposes of this Agreement, the term "Equipment" means any item(s) of tangible property (including, without limitation, Golf Clubs, Golf Balls, Golf Equipment, and other items) that the Member owns.

The Resort will return the Equipment to the presenter of the matching stub without any liability to the actual owner.  The Resort assumes no responsibility for the condition of the Equipment, except for as set forth herein.

Member Signature _____    Date  3-16-07

For Accounting Only
( ) SMS         ( ) Locker        Date Received: _____
( ) Recurring   ( ) Bag Storage
( ) Master      ( ) Cart Fee      Completed By: _____
                ( ) Trail Fee
                ( ) Other         Date Entered: _____

K1-21
0

3/16/02

B-6

Please Check one:
( ) New
( ) Change Order
( ) Cancellation
( ) Other

**LA COSTA**
RESORT AND SPA™

Membership Billing
P: 760/ 929-6338
F: 760/ 929-6314

## 2007 Membership Order Form

Member Name: Al ABOLAFIA    Member #: 07/000

Membership Type: Golf

| | | | | please initial |
|---|---|---|---|---|
| One Bag Storage | $199.00 | Annually | _____ | |
| Two Bag Storage | $340.00 | Annually | _____ | |
| Cart Plan | $940.00 | Annually | | please initial |
| 1/2 Locker | $225.00 | Annually | ✓ Locker # 256 | |
| 1/4 Locker | $175.00 | Annually | Locker # | |
| Trail Fee's (Signature) | $1,785.00 | Annually | _____ | |
| Trail Fee's (Non-Signature | $1,785.00 | Annually | _____ | |

Key replacement charge          $ _____
Department:                              Associate Name: _____

Other: Please order name plate

Thank you

Effective Date: 8-2-07

The undersigned hereby authorizes La Costa Resort & Spa (the "Resort") to take possession of the Equipment for temporary storage.

**Liability for Damage** - Each party shall be responsible for any damage to the equipment to the extent caused by such party while the Equipment is in such party's possession or under its control. To the extent a party pays for damage it caused to the Equipment, the other party shall, to the extent of the amount paid, assign to the first party any rights the other party may have with respect to the damaged or destroyed article of Equipment under any insurance carried thereon, together with all applicable rights, title and interests in such article of Equipment. For purposes of this Agreement, the term "Equipment" means any item(s) of tangible property (including, without limitation, Golf Clubs, Golf Balls, Golf Equipment, and other items) that the Member owns.

The Resort will return the Equipment to the presenter of the matching stub without any liability to the actual owner. The Resort assumes no responsibility for the condition of the Equipment, except for as set forth herein.

8-2-07

_____          _____
Member Signature                                          Date

For Accounting Only

( ) SMS           ( ) Locker           Date Received: _____
( ) Recurring   ( ) Bag Storage
( ) Master       ( ) Cart Fee          Completed By: _____
                      ( ) Trail Fee
                      ( ) Other             Date Entered: _____

K1-22
0
8/2/07
B-7

800.854.5000  •  lacosta.com  •  2100 Costa Del Mar Road  •  Carlsbad, California

**The Club at La Costa**
**Membership Application for**
**Signature Society Gold**

___✓ Mr. ____ Mrs. ____ Ms. ____ Miss ____ Dr.

Member Name (Designee, if Corporate): *Allen Abalofia*

Spouse Name: _____

Street Address: 29 QUAIL RUN

City, State, Zip Code: HENDERSON, NV 89014

Date of Birth: 8|17|55

Company Name (if Corporate Membership): N/A

Company Address: _____

Home Phone: 702-595-2332        Business Phone: N/A

Home Club Name: ____ The Club at La Costa ✓        Member Number: D71000

I, as Applicant or corporate Designee (if applicable), have enrolled in the *Signature Society Gold* offered through *The Club at La Costa*. Signature Society Gold includes Signature Gold Unlimited benefits and Compass Society benefits. I understand I will be paying a one time Upgrade Fee of $ _/ waived ✓ and Upgrade Dues of $ 50 per month in addition to my Home Club Dues. The Upgrade Fee and Upgrade Dues are subject to change without prior notice. I agree that the administrator of the benefits, Associate Clubs International, Inc. (ACI), and Society Management Inc., (SMI), respectively, may add or subtract Participating Clubs or Participating Facilities without prior notice. By signing below, I authorize ACI to submit all charges I make while using my MemberCard at any facility participating in the program, to the credit card indicated below. I agree to maintain a current major credit card account to be used for such charges on file at all times. Should I fail to do so, I agree that ACI or SMI, as applicable, may terminate my participation in the *Signature Society Gold benefit* immediately. I understand if the credit card issuer rejects any charges, I may be subject to reasonable collection fees and late charges as allowed by law. I agree to conform and be bound to the Terms and Conditions which govern the benefit, a copy of which is available on clubline.com, or may be obtained upon request. I further agree to conform to and be bound by the Bylaws and Rules and Regulations of all Participating Clubs and Participating Facilities, while using those facilities, as they may be amended from time to time. The above authorizations shall remain in effect for so long as I am participating in the *Signature Society Gold benefit*.

Type of Card:        American Express        Visa        (Mastercard)

Card Number: 5416 57 ___ 0466        Exp. Date 3/11

Name on Card: A. ABALOFIA

Authorized Signature: _____

*agree to upgrade for six months.*

K1-23
0

2009
B-8



THE CLUB AT
# LA COSTA™

> Complete & fax to:
> Attn: Membership Billing
> F: 760-929-6314
> P: 760-929-6338

## The Club at La Costa
## Membership Credit Card Authorization Form

Name: _Allen Abolafia_            Membership#: _071000_

Address: _____

City/State/Zip: _____

The following is The Club at La Costa policy on delinquent accounts.

If your club account balance is not paid within 30 days of the original billing date, the total account balance will be charged off against a major credit card. At that time a 1.5% handling fee will also be assessed to your club account.

If your balance is not paid within 30 days of the original billing date, a notice will appear on your statement reminding you that if a payment is not received before the next billing cycle, the account balance will be charged back to your credit card.

Therefore, in order to secure that measure, we will require a major credit card number and your signature. *Due to credit card regulations, a photocopy of the cardholder's card imprint (front and back), must be provided, upon completion of this form.*

> **Please note this form only authorizes the credit card listed below. We request a new credit card authorization form be completed for any new/additional cards.**

American Express  Discover      MasterCard

✓ Visa          Diners          Other: _____

Credit Card Number: _4919 86     4807_

Expiration Date: _01 / 2012_

Printed name on card: X _Abolafia_

Signature: _____       Date: _____

> **Check those that apply:**

( ) REFUNDABLE DEPOSIT OR DOWN PAYMENT (AMOUNT) $_____

( ) NOTE PAYMENTS (SEE ADDENDUM)

(✓) MONTHLY DUES   ( ) CHARGES   _one time payment on card_

( ) 15TH OF EACH MONTH   ( ) 28TH OF EACH MONTH   ( ) CHARGE CARD - ONE TIME

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad, California

_K1-24_
_0_
_undated_

B-9

## NOTICE OF RESIGNATION AND AUTHORIZATION TO SELL

The undersigned(s) hereby resigns their Signature Membership at The Club at La Costa effective:

_1/16/13_

(Month, Day, Year)

I (We) acknowledge the obligation to continue to pay dues, fees and other charges associated with the resigned membership until the earlier of:

     (i)  The re-issuance of the membership by The Club, or
     (ii)  For one calendar year from the date the resignation occurs.

Also, the resigned member may transfer the membership with the sale of their home.  A resigned member must continue to pay dues for one calendar year or until the transfer of their membership to the new home buyer occurs. The resigned member shall be permitted to use the Club Facilities as long as they are paying dues.

I (We) acknowledge that the resigned membership will be sold by The Club on the earlier of:

1)  The date that the membership is reissued by The Club to the subsequent purchaser, who is approved for membership in The Club, of the undersigned(s) home in the La Costa Community or any other communities designated by The Club, or

2)  Following placement on the Resigned Membership Waiting List reissued by the Club on a first-resigned, first-reissued basis as follows:

    a.)  *Prior* to reaching maximum capacity in the resigned member's category of membership, every fifth Signature Membership issued in that category will be a resigned Signature Membership from the waiting list.
    b.)  *After* reaching maximum capacity in the resigned member's category of membership every Signature Membership issued in that category will be a resigned membership from the waiting list.

I (We) acknowledge that once the deposit is refunded this resignation is irrevocable and that *if* in the future I (We) desire membership privileges, I (We) may apply for a new Signature Membership if one is available.

_1/16/13_                                           A. Abolofia
Date                                     Member Signature

_07/000_
Member Number                            Spouse Signature

☐ RESIDENT ADDRESS _____

☐ NON-RESIDENT   ADDRESS_____

K1-25
0
1/16/13

B-10

Complete and fax to:
Attn: Membership Billing
Fax: 760-929-6314
Phone: 760-929-6338
e-mail : kcaplis@lacosta.com



**LA COSTA**
RESORT AND SPA®

The Club at La Costa
Membership Credit Card Authorization Form

Name: _A ABOLAFIA_   Membership #: _O7100_

Address: _2078 EagleRott_   City/ State/ Zip: _Hn   NV_

Please check those that apply:

( ) INITIATION FEE PAYMENT ( AMOUNTS) $ _3000 TOTAL_

( ) NOTE PAYMENTS (SEE ADDENDUM)

( ) MONTHLY DUES   ( ) CHARGES

( ) 28TH OF EACH MONTH   ( ) CHARGE CARD-ONE TIME ONLY

( ) OTHER:

( ) PAPER STATEMENT   ( ) ON-LINE STATEMENT

The following is The Club at La Costa Policy on delinquent accounts.

If your club account balance is not paid within 30 days of the original billing date, the total account balance will be charged off against a major credit card.

Please note this form only authorizes the credit card listed below. We request a new credit card authorization form to be completed for any new / additional cards.

Cardholders Name: _A ABOLAFIA_

Cardholders Address: _SAA_

Cardholders Phone Number: _70L 595 2332_

**For Your protection, please include only first 6 and last 4 digits of the credit card number, Membership associate will call You upon the receipt of the authorization to obtain a full number.**

Credit Card Number _4259-08,_ XXXXX _9386_ _____ American Express
_____ Diners Club
Expiration Date: _8/15_ _____ Discover
_____ MasterCard
Cardholders Signature : _[signature]_   Date : _2-4-13_   ✓ Visa

In order to process this credit card authorization, you **must** submit the following items with this f

A LEGIBLE COPY OF: THE CARDHOLDER'S PHOTO ID CARD

_KI-26_
_C_

_2/4/13_

B-11

800.854.5000 ▪ lacosta.com ▪ 2100 Costa Del Mar Road ▪ Carlsbad, Califo

Updated on 10/05/12

# OMNI ❧ RESORTS
## la costa

Club 04/04/14

### Membership Credit Card Authorization

Member Name _Al Abdulafia_

Member Number _071000_

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

| | | |
|---|---|---|
| All Charges | ☐ | |
| Monthly Dues | ☐ | |
| Incidental Spend | ☐ | |
| Initiation Fee | ☐ | Amount $ |
| Note Payments | ☐ | |
| Other | ☐ | Amount $ _1886.86_ |

**Payment Schedule**          **Statement Style**

Recurring  ☐     One Time  ☒     Paper  ☐     Online  ☐

Special Instructions _____

_____

Cardholders Name _____

Cardholders Address _____

_____

Cardholders Phone _____

For your protection, please only include the first six and last four digits of your credit card number.
We will contact you upon receipt of this form to obtain the full number.

Credit Card Number _4259 07_  XXXXXX _8512_

Expiration Date _3/18_          CVV2 Code _530_

Cardholder Signature _[signature]_

Date Signed _2/24/15_

**Note:** Please also submit a legible copy of the cardholders photo ID.

Please return via FAX to 760.929.6314

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

_K1-27_
_0_
_2/24/15_

B-12



Club 04/04/14

## Membership Credit Card Authorization

Member Name  _Al Abilafin_

Member Number  _071000_

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

All Charges  ☒
Monthly Dues  ☐
Incidental Spend  ☐
Initiation Fee  ☐  Amount  $ _____
Note Payments  ☐
Other  ☐  Amount  $ _____

**Payment Schedule**  **Statement Style**
Recurring  ☐  One Time  ☐  Paper  ☐  Online  ☐

Special Instructions  _____

_____

Cardholders Name  _____

Cardholders Address  _____

_____

Cardholders Phone  _____

For your protection, please only include the first six and last four digits of your credit card number.
We will contact you upon receipt of this form to obtain the full number.

Credit Card Number  _5332 48_  XXXXXX  _0095_

Expiration Date  _____  CVV2 Code  _____

Cardholder Signature  _____

Date Signed  _7-8-15_

**Note:** Please also submit a legible copy of the cardholders photo ID.

Please return via FAX to 760.929.6314

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

_K1-28_
_0_

_7/8/15_

B-13



Club 04/04/14

**Membership Credit Card Authorization**

Member Name _____*Al Albakila*_____

Member Number _____*07/000*_____

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

| | | | |
|---|---|---|---|
| All Charges | ☐ | | |
| Monthly Dues | ☐ | | |
| Incidental Spend | ☐ | | |
| Initiation Fee | ☐ | Amount | $ _____ |
| Note Payments | ☐ | | |
| Other | ☒ *on file* | Amount | $ _____ |

**Payment Schedule**       **Statement Style**

Recurring ☐    One Time ☐    Paper ☐    Online ☐

Special Instructions _____

_____

Cardholders Name _____

Cardholders Address _____

_____

Cardholders Phone _____

For your protection, please only include the first six and last four digits of your credit card number.
We will contact you upon receipt of this form to obtain the full number.

Credit Card Number _____*4342 56* XXXXXX *5733*_____

Expiration Date _____*7/21*_____    CVV2 Code _____*941*_____

Cardholder Signature _____X _____

Date Signed _____X *8/2/17*_____

**Note:** Please also submit a legible copy of the cardholders photo ID.

Please return via FAX to 760.929.6314

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

*K1-29*

*0*

*8/2/17*

B-14



Club 04/04/14

### Membership Credit Card Authorization

Member Name   Abolafia, Allen

Member Number   071000

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

All Charges ☑
Monthly Dues ☐
Incidental Spend ☐
Initiation Fee ☐          Amount  $
Note Payments ☐
Other ☐                   Amount  $

**Payment Schedule**                **Statement Style**
Recurring ☐     One Time ☐     Paper ☐     Online ☐

Special Instructions _____

_____

Cardholders Name _____

Cardholders Address _____

_____

Cardholders Phone _____

For your protection, please only include the first six and last four digits of your credit card number.
We will contact you upon receipt of this form to obtain the full number.

Credit Card Number   4259 07   XXXXXX   0393

Expiration Date   10/17        CVV2 Code   565

Cardholder Signature _____

Date Signed _____

**Note:** Please also submit a legible copy of the cardholders photo ID.

Please return via FAX to 760.929.6314

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

K1-30
0
undated

B-15



# OMNI ❧ RESORTS
## la costa

### Membership Credit Card Authorization

Member Name _____ *Al Abolafia* _____

Member Number _____ 071100 _____

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

| | |
|---|---|
| All Charges | ☐ |
| Monthly Dues | ☐ |
| Incidental Spend | ☐ |
| Initiation Fee | ☐ |
| Note Payments | ☐ |
| Other | ☒ |

Amount $ _____

Amount $ _____

**Payment Schedule**          **Statement Style**

Recurring ☐     One Time ☐     Paper ☐     Online ☐

Special Instructions _____ *On file only* _____

Cardholders Name _____

Cardholders Address _____

_____

Cardholders Phone _____

For your protection, please only include the first six and last four digits of your credit card number.
We will contact you upon receipt of this form to obtain the full number.

Credit Card Number _____ 4342 56 ___ XXXXXX _____ 8651 _____

Expiration Date _____ 09/23 _____

Cardholder Signature _____

Date Signed _____ 9/27/19 _____

**Note:** Please also submit a legible copy of the cardholders photo ID.

**Please return via email to ClubLaCosta@OmniHotels.com**

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

K1-31
――――
0

9/27/19

B-16

# OMNI ❊ RESORTS
## la costa

Club 04/04/14

### Membership Credit Card Authorization

Member Name _Al Abolafia_

Member Number _0 71100_

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

All Charges ☐
Monthly Dues ☐
Incidental Spend ☐
Initiation Fee ☐     Amount $ _____
Note Payments ☐
Other ☒     Amount $ _____

**Payment Schedule**     **Statement Style**
Recurring ☐    One Time ☐    Paper ☐    Online ☐

Special Instructions _on file per pmt request_

Cardholders Name _____

Cardholders Address _____

Cardholders Phone _____

For your protection, please only include the first six and last four digits of your credit card number.
We will contact you upon receipt of this form to obtain the full number.

Credit Card Number _5332 48██ ███XXXXX 2457_

Expiration Date _9/21_    CVV2 Code _973_

Cardholder Signature X. _[signature]_

Date Signed X _[signature]_

**Note:** Please also submit a legible copy of the cardholders photo ID.

Please return via FAX to 760.929.6314

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

K1-32
0
undated

B-17

The undersigned hereby applies for a Signature Golf Membership at the La Costa Resort and Spa ("the Club") and acknowledges the receipt of the Signature Membership Plan with the attached current Schedule of Dues and Fees and the current Rules and Regulations.  Concurrently with the submission of this Application, the undersigned agrees to pay the Club a refundable membership deposit of $ _____

Upon approval of this Application, the Club promises to pay to the undersigned Membership applicant ("Member"), the "Membership Deposit" (as hereinafter defined), in lawful money of the United States of America, payable in one (1) installment on the anniversary date thirty (30) years from the date of approval of this Membership Application by the Club (the "Maturity Date") or earlier as provided in the Application.

Upon signing the Application, I authorize the disclosure and release of information to the Club for investigating my qualifications for Membership, including without limitation, my credit history.  I further authorize any person or entity to furnish the Club information requested by the Club and agree to hold the Club harmless for any and all such acts.  The Club is hereby authorized to make whatever inquires the Club considers necessary and appropriate to verify this information, including checking with consumer reporting agencies, creditors and employers.  I understand that any documents or other information submitted in support of the application become the property of the Club and will be kept by the Club whether or not this application is approved.  I understand that the Club may receive information about me from others, and it may furnish information about its credit experience with me to others seeking the information.  I intend that this application be relied upon for the purpose of requesting credit from the Club.

I have been informed that KSL Encinitas Resort Corporation, an affiliate of the Club, may construct a beachfront project located in the City of Encinitas (not at the Club site) commonly referred to as the La Costa Beach Access ("Beach Access") but that the construction of the Beach Access is in no way guaranteed.  I acknowledge that my membership privileges do not at this time include any specific rights or privileges related to the possible Beach Access.  In the event that the Beach Access is constructed, I understand that the Club may amend my membership privileges to include Member access to the Beach Access with terms and conditions to be determined by the Club in its sole and absolute discretion.  I further acknowledge that I am purchasing the Membership without any reliance or expectation that my Membership will include privileges to the Beach Access and understand that there is no guarantee that privileges to the Beach Access will be included as a membership privilege.

This application together with the Signature Membership Plan and the 2006 Amended and Restated Rules and Regulations represent _____ing between the parties and supersedes any prior oral or written understandings or agreements between them regarding any mem____



Applicant's Signature _____  Date 8/12/07 _____

_____ I have recei____
the 2006 Signature Me____
the 2006 Amended an____
Regulations.

Co-Applicant's Signature _____  Date _____

_____ I have recei____
the 2006 Signature Me____
the 2006 Amended an____
Regulations.

This Membership Application shall not be binding on the Club until the acceptance below is signed:

Approved and Accepted By the Club at La Costa _____

Authorized Representative _____  Date 8/12/07

## THE CLUB AT
## LA COSTA

2100 Costa Del Mar Road
Carlsbad, CA 92009
(760) 929-6326
www.lacosta.com

B-18



Club 04/04/14

**Membership Credit Card Authorization**

Member Name  *ADAM ABOLAFIA*

Member Number  *071185*

I authorize Omni La Costa Resort & Spa to charge my credit card for the following specified.

All Charges  ☑
Monthly Dues  ☐
Incidental Spend  ☐
Initiation Fee  ☐     Amount   $ _____
Note Payments  ☐
Other  ☐     Amount   $ _____

**Payment Schedule**        **Statement Style**
Recurring  ☑    One Time ☐    Paper ☐    Online ☐

Special Instructions _____

Cardholders Name  *ADAM ABOLAFIA*

Cardholders Address  *9061 MONTELOMA WAY*

Cardholders Phone  *(702) 994-5383*

For your protection, please only include the first six and last four digits of your credit card number. We will contact you upon receipt of this form to obtain the full number.

Credit Card Number  *434251*    *8390* XXXXXX

Expiration Date  *12/15*     CVV2 Code *806*

Cardholder Signature  _____

Date Signed  *12/3/15*

**Note:** Please also submit a legible copy of the cardholders photo ID.

Please return via FAX to 760.929.6314

If this card is used as a guarantee of payment, a hold will be put through.
If payment is not received this card will be charged the full balance due.

800.854.5000 • lacosta.com • 2100 Costa Del Mar Road • Carlsbad • California 92009

*K2-2*
*0*
*12/3/15*

B-19

1-16-12

I A. ABOCATT~ would like to Put my meanbership up fr Sales.

Thank Sou

K1-33
0
1-16-12

B-20



SWGDOC Standards for Examining Handwriting

# Exhibit C

SWGDOC Standard for Examination of Handwritten Items

**SWGDOC Standard for Examination of Handwritten Items**

1. Scope

1.1 This standard provides procedures that should be used by forensic document examiners (SWGDOC Standard for Scope of Work of Forensic Document Examiners) for examinations and comparisons involving handwritten items and related procedures.

1.2 These procedures are applicable whether the examination and comparison is of questioned and known items or of exclusively questioned items.

1.3 These procedures include evaluation of the sufficiency of the material (questioned, or known, or both) available for examination.

1.4 The particular methods employed in a given case will depend upon the nature of the material available for examination.

1.5 This standard may not cover all aspects of unusual or uncommon examinations of handwritten items.

1.6 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory requirements prior to use.*

2. Referenced Documents

2.1 *Standards:*

ASTM E1732 Terminology Relating to Forensic Science

SWGDOC Standard for Scope of Work of Forensic Document Examiners

SWGDOC Terminology for Expressing Conclusions of Forensic Document Examiners

SWGDOC Terminology Relating to the Examination of Questioned Documents

3. Terminology

3.1 For definitions of terms in this standard, refer to Terminologies E1732 and SWGDOC Terminology Relating to the Examination of Questioned Documents.

3.2 *Definitions:*

3.2.1 *known, n/adj*——of established origin associated with the matter under investigation. E1732

3.2.2 *questioned, n/adj*——associated with the matter under investigation about which there is some question, including, but not limited to, whether the questioned and known items have a common origin. E1732

3.3 *Definitions of Terms Specific to This Standard:*

3.3.1 *absent character*, *n*—a character or character combination which is present in one body of writing but is not present (for example, does not have a corresponding character) in another body of writing.

3.3.2 *character*, *n*—any language symbol (for example, letter, numeral, punctuation mark, or other sign), other symbol, or ornament.

3.3.3 *characteristic*, *n*—a feature, quality, attribute, or property of writing.

3.3.4 *comparable, n/adj*——pertaining to handwritten items that contain the same type(s) of writing and similar characters, words, and combinations. Contemporaneousness and writing instruments may also be factors.

3.3.5 *distorted writing*, *n*—writing that does not appear to be, but may be natural. This appearance can be due to either voluntary factors (for example, disguise, simulation) or involuntary factors (for example, physical condition of the writer, writing conditions).

3.3.6 *handwritten item*, *n*—an item bearing something written by hand (for example, cursive writing, hand printing, signatures).

NOTE 1—As used in this standard "handwriting" and "handwritten" are generic terms. Writing is generally, but not invariably, produced using the hand, and may be the result of some other form of direct manipulation of a writing or marking instrument by an individual.

3.3.7 *individualizing characteristics*, *n*—marks or properties that serve to uniquely characterize writing.

3.3.7.1 *Discussion*—Both class characteristics (marks or properties that associate individuals as members of a group) and individual characteristics (marks or properties that differentiate the individual members in a group) are individualizing characteristics.

3.3.8 *item*, *n*—an object or quantity of material on which a set of observations can be made.

3.3.9 *natural writing*, *n*—any specimen of writing executed without an attempt to control or alter its usual quality of execution.

3.3.10 *range of variation*, *n*—the accumulation of deviations among repetitions of respective handwriting characteristics that are demonstrated in the writing habits of an individual. (See *variation*, 3.3.15).

3.3.11 *significant difference*, *n*—an individualizing characteristic that is structurally divergent between handwritten items, that is outside the range of variation of the writer, and that cannot be reasonably explained.

3.3.12 *significant similarity*, *n*—an individualizing characteristic in common between two or more handwritten items.

3.3.13 *sufficient quantity*, *n*—that amount of writing required to assess the writer's range of variation, based on the writing examined.

3.3.14 *type of writing*, *n*—refers to hand printing, cursive writing, numerals, symbols, or combinations thereof, and signatures.

3.3.15 *variation*, *n*—those deviations among repetitions of the same handwriting characteristic(s) that are normally demonstrated in the habits of each writer.

*Discussion*—Since variation is an integral part of natural writing, no two writings of the same material by the same writer are identical in every detail. Within a writer's range of variation, there are handwriting habits and patterns that are repetitive and similar in nature. These repetitive features give handwriting a distinctive individuality for examination purposes. Variation can be influenced by internal factors such as illness, medication, intentional distortion, etc. and external factors such as writing conditions and writing instrument, etc.

4. Significance and Use

4.1 The procedures outlined here are grounded in the generally accepted body of knowledge and experience in the field of forensic document examination. By following these procedures, a forensic document examiner can reliably reach an opinion concerning whether two or more handwritten items were written by the same person(s).

NOTE 2—The phrase "written by the same person(s)" refers to physical generation of the writing, not to intellectual ownership of the content.

5. Interferences

5.1 Items submitted for examination may have inherent limitations that can interfere with the procedures in this Standard. Limitations should be noted and recorded.

5.2 Limitations can be due to submission of non-original documents, limited quantity or comparability, or condition of the items submitted for examination. Other limitations can come from the quantity or comparability of the writing submitted, and include absent characters, dissimilarities, or limited individualizing characteristics. Such features are taken into account in this standard.

5.3 The results of prior storage, handling, testing, or chemical processing (for example, for latent prints) may interfere with the ability of the examiner to see certain characteristics. Whenever possible, document examinations should be conducted prior to any chemical processing. Items should be handled appropriately to avoid compromising subsequent examinations (for example, with clean cloth gloves).

5.4 Consideration should be given to the possibility that various forms of simulations, imitations, and duplications of handwriting can be generated by computer and other means.

6. Equipment and Requirements

6.1 Appropriate light source(s) of sufficient intensity to allow fine detail to be distinguished.

NOTE 3—Natural light, incandescent or fluorescent sources, or fiber optic lighting systems are generally utilized. Transmitted lighting, side lighting, and vertical incident lighting have been found useful in a variety of situations.

6.2 Magnification sufficient to allow fine detail to be distinguished.

6.3 Other apparatus as appropriate.

6.4 Imaging or other equipment for recording observations as required.

6.6 Sufficient time and facilities to complete all applicable procedures.

7. Procedure

7.1 All procedures shall be performed when applicable and noted when appropriate. These procedures need not be performed in the order given.

7.2 Examinations, relevant observations, and results shall be documented.

7.3 At various points in these procedures, a determination that a particular feature is not present or that an item is lacking in quality or comparability may indicate that the examiner should discontinue or limit the procedure(s). It is at the discretion of the examiner to discontinue the procedure at that point and report accordingly or to continue with the applicable procedures to the extent possible. The reasons for such a decision shall be documented.

7.4 Determine whether the examination is a comparison of questioned writing to known writing or a comparison of questioned writing to questioned writing.

7.5 Determine whether the questioned writing is original writing. If it is not original writing, request the original.

NOTE 4—Examination of the original questioned writing is preferable.

7.5.1 If the original is not submitted, evaluate the quality of the best available reproduction to determine whether the significant details of the writing have been reproduced with sufficient clarity for comparison purposes and proceed to the extent possible. If the writing has not been reproduced with sufficient clarity for comparison purposes, discontinue these procedures and report accordingly.

7.6 Determine whether the questioned writing appears to be distorted. If it appears to be distorted, determine whether it is possible to establish that the apparently distorted writing is natural writing.

7.6.1 If it is not natural writing, or if it is not possible to establish whether the apparently distorted writing is natural writing, determine whether the apparently distorted writing is suitable for comparison and proceed to the extent possible. If the available questioned writing is not suitable for comparison, discontinue these procedures and report accordingly.

7.7 Evaluate the questioned writing for the following:

7.7.1 *Type of Writing*—If there is more than one type of writing within the questioned writing, separate the questioned writing into groups of single types of writing.

7.7.2 *Internal Consistency*—If there are inconsistencies within any one of the groups created in 7.7.1 (for example, suggestive of multiple writers), divide the group(s) into subgroups, each one of which is consistent.

7.7.3 Determine range of variation of the writing for each group or sub-group of the questioned writing created in 7.7.1 and 7.7.2.

7.7.4 Determine presence or absence of individualizing characteristics.

7.7.5 If the examination is a comparison of exclusively questioned writing, go to 7.12.

7.8 Determine whether the known writing is original writing. If it is not original writing, request the original.

NOTE 5—Examination of the original known writing is preferable.

7.8.1 If the original is not submitted, evaluate the quality of the best available reproduction to determine whether the significant details of the writing have been reproduced with sufficient clarity for comparison purposes and proceed to the extent possible. If the writing has not been reproduced with sufficient clarity for comparison purposes, discontinue these procedures and report accordingly.

7.9 Determine whether the known writing appears to be distorted. If it appears to be distorted, determine whether it is possible to establish that the apparently distorted writing is natural writing.

7.9.1 If it is not natural writing, or if it is not possible to establish whether the apparently distorted writing is natural writing, determine whether the apparently distorted writing is suitable for comparison and proceed to the extent possible. It should be determined whether additional known writing would be of assistance, and if so, it should be requested. If the available known writing is not suitable for comparison, discontinue these procedures and report accordingly.

7.10 Evaluate the known writing for the following:

7.10.1 *Type of Writing*—If there is more than one type of writing within the known writing, separate the known writing into groups of single types of writing.

7.10.2 *Internal Consistency*—If there are unresolved inconsistencies within any of the groups created in 7.10.1 (for example, suggestive of multiple writers), contact the submitter for authentication. If any inconsistencies are not resolved to the examiner's satisfaction, discontinue these procedures for the affected group(s), and report accordingly.

7.10.3 Determine range of variation of the writing for each group of the known writing created in 7.10.1 and 7.10.2.

7.10.4 Determine presence or absence of individualizing characteristics.

7.11 Evaluate the comparability of the bodies of writing (questioned writing to known writing or exclusively questioned writing).

7.11.1 If the bodies of writing are not comparable, discontinue comparison and request comparable known writing, if appropriate.

7.11.1.1 If comparable known writing is made available, return to 7.10. If comparable known writing is not made available, discontinue these procedures and report accordingly.

7.12 Conduct a side-by-side comparison of comparable portions of the bodies of writing.

7.12.1 Determine whether there are differences, absent characters, and similarities.

7.12.2 Evaluate their significance individually and in combination.

7.12.3 Determine if there is a sufficient quantity of writing (questioned writing, or known writing, or both).

7.12.3.1 If writing (questioned writing, or known writing, or both) is not sufficient in quantity for an elimination or an identification, continue the comparison to the extent possible. When appropriate, request more known writing. If more known writing is made available, return to 7.10.

7.12.4 Analyze, compare, and evaluate the individualizing characteristics and other potentially significant features present in the comparable portions of the bodies of writing.

NOTE 6—Among the features to be considered are elements of the writing such as abbreviation; alignment; arrangement, formatting, and positioning; capitalization; connectedness and disconnectedness; cross strokes and dots, diacritics and punctuation; direction of strokes; disguise; embellishments; formation; freedom of execution; handedness; legibility; line quality; method of production; pen hold and pen position; overall pressure and patterns of pressure emphasis; proportion; simplification; size; skill; slant or slope; spacing; speed; initial, connecting, and terminal strokes; system; tremor; type of writing; and range of variation.

Other features such as lifts, stops and hesitations of the writing instrument; patching and retouching; slow, drawn quality of the line; unnatural tremor; and standard lines of various forms should be evaluated when present.

Potential limiting factors such as age; illness or injury; medication, drugs or alcohol (intoxication or withdrawal); awkward writing position; cold or heat; fatigue; haste or carelessness; nervousness; nature of the document, use of the unaccustomed hand; deliberate attempt at disguise or auto-forgery should be considered.

For further details, see the referenced texts.

7.12.5 Evaluate the similarities, differences, and limitations. Determine their significance individually and in combination.

7.13 Form a conclusion based on results of the above analyses, comparisons, and evaluations.

Copyright by SWGDOC (all rights reserved); Wed Jan 14 13:26:05 CDT 2015

SWGDOC Standard for Examination of Handwritten Items

8. Reporting Conclusions

8.1 The conclusion(s) or opinion(s) resulting from the procedures in this standard may be reached once sufficient examinations have been conducted. The number and nature of the necessary examinations is dependent on the question at hand.

8.2 The bases and reasons for the conclusion(s), or opinion(s), should be included in the examiner's documentation and may appear in the report.

8.3 Refer to SWGDOC Terminology for Expressing Conclusions of Forensic Document Examiners for reporting conclusion(s) or opinion(s).

**9. Keywords**

9.1 forensic sciences; handwriting; questioned documents

REFERENCES

(**1**) Conway, J.V.P., *Evidential Documents*, Springfield, IL, Charles C. Thomas, 1959.

(**2**) Harrison, W.R., *Suspect Documents*, London, Sweet and Maxwell, 1958 and 1966.

(**3**) Hilton, O., *Scientific Examination of Questioned Documents*, New York, Elsevier, 1982.

(**4**) Huber, R.A., and Headrick, A.M., *Handwriting Identification: Facts and Fundamentals*, Boca Raton, FL, CRC Press, 1999.

(**5**) Osborn, A.S., *Questioned Documents*, 2d ed., Albany, NY, Boyd Printing Co., 1929.

Copyright by SWGDOC (all rights reserved); Wed Jan 14 13:26:05 CDT 2015

C-5



Supporting Commentary

Exhibit D

## *Supporting Evidence and Commentary*

QDE Lab #: 20-02281.1
Date: June 22, 2020

**Re:** **Abolafia v. Omni Hotels**
     **Case No: 29-CV-01923-W-KSC**

### BASIS AND REASONS FOR THE OPINION

Handwriting/signature identification follows the principles that no two individuals share the same combination of handwriting characteristics, and that frequent repetitions of the writing act by individuals establish habit patterns that are observable and comparable.

Two handwritings of the same individual must agree in every fundamental element and embody no basic differences. Conversely, if two writings contain significant differences in handwriting characteristics that cannot be accounted for, this writer cannot be identified.

It is also necessary to consider that no person writing freely and naturally ever writes or signs in precisely the same way, referred to as natural variations in handwriting. These variations in one individual's habit are part of the general patterns of the writer and are not "essential" or "fundamental" differences. The known writer, Allen Abolafia, has a wide range of variation in his signature. Upon examination, all the features present in the disputed signature appear in one or more of the sample comparison signatures except for the exaggerated terminal stroke. I cannot determine if this final flourish is intentional or accidental. Either way, this one difference does not represent a fundamental difference in the overall handwriting. Illustration 1 depicts a few of the sample signatures that contain these features.

Writing then can be identified with its author if it reflects the writing habits of the author in kind and number, and when it can be compared and evaluated in connection with enough writing exemplars or standards of that individual. Anything less requires a qualified opinion. In this instance, I received sufficient samples to provide me with a solid basis for my current opinion.

When evaluating questioned and known writings or cross-comparisons between unknown signatures, the forensic document examiner also weighs the significance of the formations of the letters, spelling, syntax, use of uppercase and lowercase forms and many other characteristics such as sizes, slants, and connecting strokes. Letterforms that are commonly used by many people are known as class characteristics; these are generally letters that conform to a system of writing taught in school or other patterns that may have developed among an ethnic or social subculture. Unique or rarely seen characteristics tend to be much more individualistic because they represent inventions or repetitive subconscious pen movements in a writer's repertoire of letterforms.

Such is the case for this questioned signature. This writer has created a stylized, abbreviated version of his alphabetical name using the letters of his name with tall ascenders – A, b, l, and f. Within the writing are subtle direction changes that are executed subconsciously and may represent one or more vowels. These tiny movements would be a challenge to accomplish if one were trying to simulate this writer's signature successfully. Illustration 2 is an example of these small movements in the samples and the disputed signature.

There are well-researched and documented indications of forgery that can occur within writing, such as a slowly drawn series of movements, patching, "forger's tremor," and other features that are observable as part of a physical evidence examination. The opposite applies in naturally made writings and signatures, where speed, fluidity, and consistent habit patterns are indications of genuineness. This writing contains the pressure patterns and fluidity of a genuine signer, familiar with the writing habits, including the identifiable subconscious direction changes. For reference, Illustration 3 is a composite of microscopic photos taken of the original signature which has the smooth, purposeful line quality of a genuine signature.

In RE: Abolafia v. Omni
**29-CV-01923-W-KSC**



Forensic
**QDE**
lab llc

Exhibit D
June 22, 2020

---

## *ILLUSTRATION 1*

### features common to disputed signature



Disputed Signature



Initial a stroke
begins to the right of
a vertical initial entry.



Exaggerated final stroke(s)

Relative size of "bf" – first
one shorter than second

The writer makes an extra upstroke before the 'b'.
The 'A' starts from the right before the upward
entry.
Note: Both the disputed signature and the one at
the right begin with extra forward momentum
causing the "A" downstroke to be written more to
the right of the body, creating an open top.



In RE: Abolafia v. Omni
**29-CV-01923-W-KSC**

Forensic
**QDE**
lab llc

Exhibit D
June 22, 2020



# *ILLUSTRATION 2*

## Two areas of subtle direction



Disputed Signature



Forensic
QDE
lab llc

## *ILLUSTRATION 3*

### composite of microscopic
### photos taken of the original

This was written with smooth flowing lines and connecting strokes suggesting the natural movement of genuine writing.