ROBERT J. HANNA, Bar No. 66105
robert.hanna@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
WHITNEY R. BLACKHURST, Bar No. 295239
whitney.blackhurst@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone:  (619) 525-1300
Facsimile:  (619) 233-6118

Attorneys for Defendant
OMNI HOTELS MANAGEMENT
CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No.  19-cv-01923-W-KSC<br>Judge: Hon. Thomas J. Whelan<br><br>DECLARATION OF DUSTIN IRWIN IN OPPOSITION TO PLAINTIFF ALLEN HARVEY ABOLAFIA'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:    July 20, 2020<br>Dept.:   Courtroom 3C (3rd Floor) |

I, Dustin Irwin, declare as follows:

1.  I have personal knowledge of the following facts and if called to testify, I would and could testify competently thereto.

2.  I have worked in the golf industry for more than 28 years, have extensive experience with some of the finest brands and destinations in golf in North America, and have been a PGA Class "A" Member since 2003. My background includes senior leadership positions in golf operations, sales, marketing, training, golf course maintenance, golf course construction, and facility openings.

3.  In May 2017, I was appointed the Director of Golf Operations at the Omni La Costa Resort & Spa ("Resort") in the City of Carlsbad in northern San Diego County. As the Director of Golf Operations, I supervised all golf-related programs, the two championship 18-hole golf courses at the Resort, and all golf staff, among other responsibilities. Since July 2018, I have been the Director of the Club at La Costa ("Club"). The Club offers golf, tennis, health, fitness, and social facilities and activities with the Resort. The Club's golf facilities include the two 18-hole golf courses: the North Course and the South Course, which are respectively known as the Champions and Legends Courses.  As the Club Director, I oversee all of the facilities, activities, and staff at the Club, among other responsibilities.

4.  The  Club offers multiple types of memberships that are detailed in the Signature Membership Plan, Amended and Restated March, 2006 ("Membership Plan"). A true and correct copy of the Membership Plan is attached as Exhibit "3" to the transcript of the deposition of Allen Harvey Abolafia ("Abolafia Transcript").

5.  In addition to the Membership Plan, membership at the Club is also governed by the Club's rules and regulations, among other documents. A true and correct copy of the 2006 Amended and Restated Rules and Regulations ("Rules and Regulations"), which became effective March 1, 2006, is attached as Exhibit "5" to the Abolafia Transcript.

6.  As the Club Director, I am also familiar with the Club's records relating

to individual members of the Club. In or about late January 2007, Plaintiff Allen Harvey Abolafia ("Plaintiff") applied for and obtained a Signature Membership at the Club, which was accompanied by payment of a $15,000 deposit. A true and correct copy of Plaintiff's Signature Sport Membership Application dated January 25, 2007, is attached as Exhibit "4" to the Abolafia Transcript.

7. The Club's records also include other records that were prepared in connection with the initiation of Plaintiff's membership at the Club. These materials include the Member Status Worksheet dated January 26, 2007, a true and correct copy of which is attached hereto as Exhibit "A"; the New Member Processing Form dated January 26, 2007, a true and correct copy of which is attached hereto as Exhibit "B"; the New Member Checklist, a true and correct copy of which is attached hereto as Exhibit "C"; a photocopy of two checks issued by Plaintiff totaling $15,000, dated January 25, 2007, a true and correct copy of which is attached hereto as Exhibit "D"; and a letter dated February 14, 2007, welcoming Plaintiff as a new member at the Club, a true and correct copy of which is attached hereto as Exhibit "E".

8. Attached as Exhibit "2" to the Abolafia Transcript is a true and correct copy of a State of the Club letter issued to the Club's members in late 2006, which included an update regarding membership pricing, dues, and fees for 2007.

9. In or about early August 2007, Plaintiff upgraded his membership, which required payment of an additional $33,500 deposit. Attached hereto as Exhibit "F" is a true and correct copy of the Member Status Worksheet dated July 31, 2007, relating to Plaintiff's membership upgrade.

10. Among other privileges, as a member of the Club, Plaintiff enjoys the use of the Club Facilities, which generally consist of the two golf courses, tennis courts, the health and fitness center, and swimming pools. Plaintiff's membership at the Club is governed by the membership documents, which include the Membership Plan and the Rules and Regulations. These governing membership documents are available at any time upon the request of a member of the Club.

11. I am informed and believe that the above-captioned action relates to an incident involving Plaintiff that occurred on the Legends Course between the sixth hole and the seventh tee box on August 29, 2018. Situated on the golf cart path between the sixth hole and the seventh tee box of the Legends Course is an arched concrete bridge that crosses over a culvert. Construction of the bridge was completed on or about May 1, 2017, after the prior wooden bridge washed out in a storm earlier that year. Attached hereto as Exhibit "G" are true and correct copies of photographs depicting the concrete bridge. Attached as Exhibit "6" to the Abolafia Transcript is a true and correct copy of a photograph of the culvert after the old wooden bridge washed out in early 2017.

12. Attached as Exhibit "10" to the Abolafia Transcript is a true and correct copy of a computer printout reflecting each round of golf that Plaintiff played at either of the Club's two golf courses between February 2, 2017, and December 15, 2018. In the second column of the printout, the notation "LEG" refers to the Legends Course, while the notation "CHA" refers to the Champions Course. Based on this printout, following the construction of the bridge, Plaintiff played golf on the Legends Course on 91 occasions between May 11, 2017, and August 28, 2018, the day before the incident in question occurred.

13. Attached as Exhibit "8" to the Abolafia Transcript is a true and correct copy of two invoices issued to Plaintiff regarding green fees for playing golf on the Legends Course on August 29, 2018, one of which reflects $85.00 was paid for a guest of Plaintiff, and the other of which shows no green fee was due for Plaintiff. Attached as Exhibit "9" to the Abolafia Transcript is a true and correct copy of a receipt dated August 29, 2018, reflecting an $85.00 fee for Plaintiff's guest to rent a golf cart.

/ / /

/ / /

/ / /

1        14.    Attached as Exhibit "11" to the Abolafia Transcript is an Incident

2  Report prepared by Omni staff dated August 29, 2018, regarding the incident

3  involving Plaintiff on the same date at 10:23 a.m. The Incident Report includes a

4  photograph of a the bridge, the culvert running under the bridge, and a golf cart

5  parked at the bottom of the downward slope of the bridge. I have reviewed the

6  digital JPEG file of said photograph, and, according to the file's properties, the

7  photograph was taken on August 29, 2018, at 10:27 a.m.

8        15.    As the Club Director, I am one of the custodians of records for the

9  Club's records. The documents and records referenced in this declaration,

10  specifically Exhibits "2" through "6" and "8" through "11" to the Abolafia

11  Transcript and Exhibits "A" through "G" hereto, were made at or near the time by,

12  or from information transmitted by, someone with knowledge; they were kept in the

13  course of a regularly conducted activity of the Club; and they were made as part of

14  a regular practice of such activity.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed this ⟨1st⟩ day of July, 2020, at Carlsbad, California.

DUSTIN IRWIN

# EXHIBIT A

( ) New Corp Member
( ) Change Status
( ) Resignation
( ) Inactive
( ) Termination
( ) Other:

53Q89T



THE CLUB AT
# LA COSTA

### *KSL La Costa Corporation*
### *Member Status Worksheet*

Date: _1/26/07_

Membership Account #: _017088_

Member/Designee Name: _Allen Abolafia_
Corporate Name: _____
Address: _29 Quail Run_
City,State, Zip _Henderson, NV 89014_

[] Signature Sport          [x] Non-resident Signature Sport     [ ] Signature Corporate
[] Signature Golf           [] Non-resident Signature Golf       [ ] Other:

Old Designee Name: _____
Old Account # : _____
Old Membership Type: _____

DEPOSIT AMOUNT: _$15,000_

Designee Fee: _____
Start Dues on: **February 1st, 2007**
Start F&B on: _February 1st, 2007_
Other: _____

| For Accounting Only | | |
|---|---|---|
| [✓] SMS | [ ✓] Deposit charged | DATE REC: _1/27/07_ |
| [✓] Recurring | [✓] Dues charged | DATE ENTERED: _1/27/07_ |
| [✓] Master Chart | [ ] Extension fee charged | ENTERED BY: _KC_ |
| [ ] F&B N/K | [ ] Other | |
| [✓] EOM Report (photo copy) | | |
| [ ] Other | | |

*Note: When preparing a SIGNATURE Member refund, via check or credit card, for a member who has rescinded or sold his Membership, be sure to deduct the dollar amount of all gift certificates that were used from the balance of their refund check.*

*l*

# EXHIBIT B

# New Member Processing Form

**Date:**                         January 26, 2007

**Member's Name:**        Allen Abolafia

**Member's Number:**      017088

**Membership Type:**       Signature Non Res Sport Member

**Billing Address & Phone**   29 Quail Run
**Number:**                        Henderson, NV 89014
                                   ? phone number

| | | |
|---|---|---|
| **Membership Deposit:** $15,000 | | |
| **Credit Card:** | **Check:** $15,000 | |
| **Amount Financed:** | **Length:** | |

**Referred By:** n/a      **Referral Fee:** n/a

**Dues Begin: February 1st, 2007**

**Notes:** getting three spa treatments and 6 rounds of golf

B-2

1.     Transaction Type:
         **x New Sale**             Upgrade           Termination
         Inactive Resale        Status Change    Resignation

2.     Exiting Member #         017088
    Exiting Member Type

3.     New Member #
    New Member Type    Signature Non Res Sport Member

4.     Payment Terms:
    Cash/Check           **$15,000**

    Credit Card           $
    Financed (bank or otherwise)    $
       Terms of Finance
    Previous Member Credit

B-3

# EXHIBIT C

## **New Member Checklist**

Name of Applicant: ___Allen Abolafia_____

Member Number: __017088_____Membership Type: non res sport
Date of Processing: ___1/26/07_____

1. Accounting _x___
   a. copy of application
   b. original form of payment
   c. sales processing form
   d. new member worksheet

2. Coordinating File ___x_
   a. original application
   b. copy of form of payment
   c. new member worksheet
   d. sales processing form
   e. copy of welcome letter
   f. website authorization -no

3. Gift Certificate Request Form _x___
      (Bill, Sandi, Arika)
   Referral G. C. Request Form _N/A_

4. Roster Changes ___

5. New Member Spreadsheet (members to be contacted) ____

6. Add to Website/List ___

7. Order new Membership Cards ___x_
      (to be sent out with letters when ready)

8. Put on For Sale List ___

9. Add to For Sale Notebook ____

10. Add to Access database ___

11. Order Golf tags & locker plates (if needed) _N/A_

12. Add to member list____

13. Add to Income sheet _____

14. Email Calendar Link

C-2

EXHIBIT D

. ABOLAFIA
. CONVENTION CENTER DR. FL 8
.S VEGAS, NV  89109-2010

90-7162/3222
3881154773

3036

DATE 1-25-07

AY TO THE
RDER OF ___ Sa Cola CC ___ $ 10,000

___ Ten ___ Thousands ___ DOLLARS

Ⓦ **Washington Mutual**

Washington Mutual Bank, FA
Henderson-Pebble Marketplace Financial Center 941
1000 N. Green Valley Pkwy., Suite 600   1-800-788-7000
Henderson, NV 89014-8191   24 hour Customer Service

*Gold Customer*

⌐TES

⑆3222716627⑆ ⑆3881154773⑆ 3036

---

EN ABOLAFIA
QUAIL RUN RD
IDERSON NV 89014-2150

COMMAND ASSET PROGRAM

1153

1-25-07
Date

66-21/530
BRANCH 98204

the
der of ___ Sa Cola   CC ___ $ 5000

___ fine ___ Thousand ___ Dollars

**WACHOVIA SECURITIES**
Wachovia Bank, N.A.

CODE [     ]

⑆53000219⑆ 907129866⑆ 1153

# EXHIBIT E



THE CLUB AT
LA COSTA™

February 14th, 2007


Mr. Allen Abolafia
29 Quail Run
Henderson, NV 89014

Dear Allen,

We are very pleased to have your family as new members at
the Club at La Costa!

Please enjoy these welcome gifts with our compliments, and
know that we are looking forward to providing you with a great
experience throughout your membership.

Feel free to contact me with any future needs & I look forward
to seeing you at the Club!


Sincerely,



Jaime Miles
Membership Sales Manager
(760) 929-6396

# EXHIBIT F

| ( x ) New Member |
| ( ) New Designee |
| ( ) Change Status |
| ( ) Resignation |
| ( ) Inactive |
| ( ) Termination |
| ( ) Other: |

THE CLUB AT
**LA COSTA**
KSL LA COSTA CORPORATION
## MEMBER STATUS WORKSHEET

| Date:  7/31/07 | Member's Account Number:  071000 |

| Member/Designee Name: | Adam & Allen Abolafia |
| Corporate Name: | |
| Address: | 29 Quail Run |
| City, State, Zip | Henderson, NV  89014 |

[ ] Signature Sport             [ x ] Non-res Signature ASSOCIATE     [ ] Signature II Corporate
[ ] Signature Golf              [ ] Non-resident Signature Golf       [ ] Other: HONORARY

| Old Designee Name: | Allen Abolafia |
| Old Account # : | 017088 |
| Old Membership Type: | Non-Resident Sport |

| DEPOSIT AMOUNT: | $33,500 |

| Designee Fee: | |
| Start Dues on: | August 1st, 2007 |
| Start F&B on: | August 1, 2007 |
| Referring Member/Member #: | None |
| Referral Credit Amount: | |

| **For Accounting Only** |

[ ] SMS                     [ ] Deposit charged           DATE REC: 8/1/07
[ ] Recurring               [ ] Dues charged              DATE ENTERED: 8/1/07
[ ] Master Chart            [ ] Extension fee charged     ENTERED BY: ___
[ ] F&B  N/A                [ ] Other  Bay House
[ ] EOM Report (photo copy)
[ ] Other

*Note:  When preparing a SIGNATURE Member refund, via check or credit card, for a member who has
rescinded or sold his Membership, be sure to deduct the dollar amount of all gift certificates that were used
from the balance of their refund check.*

1.  **Transaction Type: UPGRADE**
***Choices are:*** *New Sale, Upgrade, Termination, Inactive Status, Status Change, or Resignation*

2.  **Exiting Member** [ 017088 ]  3. **Membership Category:** [ Signature Non-Resident Sport ]

4.  **New Member #** [ 071000 ]  5. **Membership Category** [ Signature Associate Membership ]

6.  **Deposit & Credit Payment Terms:**

| Cash/Check | $ | Credit Card | $33,500 |
| Financed Amount | $ | Discount | $11,500 |
| Previous Credit | $15,000 | Incentive Club Credit | $ |

EXHIBIT G



G-2



G-3



