1   ROBERT J. HANNA, Bar No. 66105
    robert.hanna@bbklaw.com
2   MATTHEW L. GREEN, Bar No. 227904
    matthew.green@bbklaw.com
3   WHITNEY R. BLACKHURST, Bar No. 295239
    whitney.blackhurst@bbklaw.com
4   BEST BEST & KRIEGER LLP
    655 West Broadway, 15th Floor
5   San Diego, California 92101
    Telephone:  (619) 525-1300
6   Facsimile:  (619) 233-6118

7   Attorneys for Defendant
    OMNI HOTELS MANAGEMENT
8   CORPORATION

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12  ALLEN HARVEY ABOLAFIA,              Case No.  19-cv-01923-W-KSC
                                        Judge: Hon. Thomas J. Whelan
13            Plaintiff,
                                        REQUEST FOR JUDICIAL NOTICE
14       v.                             IN OPPOSITION TO PLAINTIFF
                                        ALLEN HARVEY ABOLAFIA'S
15  OMNI HOTELS MANAGEMENT              MOTION FOR SUMMARY
    CORPORATION; and DOES 1 TO          JUDGMENT
16  20, inclusive,
                                        Date:    July 20, 2020
17            Defendants.               Dept.:   Courtroom 3C (3rd Floor)

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Omni Hotels Management Corporation respectfully requests that
2    the Court take judicial notice of the following matters pursuant to Rule 201 of the
3    Federal Rules of Evidence.

4    1.    Notice of Removal of Action Under 28 U.S.C. § 1441(b) Diversity,
5    *Allen Harvey Abolafia v. Omni Hotels Management Corporation*, United States
6    District Court, Southern District of California, Case No. 19-cv-01923-W-KSC, filed
7    October 2, 2019, which is on file as Documents 1, 1-1, and 1-2.

8    2.    First Amended Answer, *Allen Harvey Abolafia v. Omni Hotels
9    Management Corporation*, United States District Court, Southern District of
10   California, Case No. 19-cv-01923-W-KSC, filed April 27, 2020, which is on file as
11   Document 12.

12
13   Dated:  July 6, 2020                    BEST BEST & KRIEGER LLP
14
15                                           By:  /s/  Matthew L. Green
16                                               ROBERT J. HANNA
                                                 MATTHEW L. GREEN
                                                 WHITNEY R. BLACKHURST
17                                               Attorneys for Defendant
                                                 OMNI HOTELS MANAGEMENT
18                                               CORPORATION
19
20
21
22
23
24
25
26
27
28