ROBERT J. HANNA, Bar No. 66105
robert.hanna@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
WHITNEY R. BLACKHURST, Bar No. 295239
whitney.blackhurst@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone:  (619) 525-1300
Facsimile:  (619) 233-6118

Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 20, inclusive,<br><br>　　　　　Defendants. | Case No. 19-cv-01923-W-KSC<br>Judge:  Hon. Thomas J. Whelan<br><br>**JOINT MOTION TO CONTINUE FACT DISCOVERY CUTOFF DATE** |

Plaintiff Allen Harvey Abolafia ("Plaintiff") and Defendant Omni Hotels Management Corporation ("Omni") hereby jointly move for an order continuing the fact discovery cutoff date set forth in Paragraph 2 of the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order") for 30 days, from August 28, 2020, to September 27, 2020. This joint motion is brought in accordance with the Scheduling Order and Rule 7.2 of the Local Civil Rules of Practice for the United States District Court for the Southern District of California.

The parties have met and conferred in good faith regarding the need to conduct additional fact discovery, including, but not limited to, Omni's request to conduct an Independent Medical Exam, which is currently scheduled for September 9, 2020, and Plaintiff's intent to take additional depositions. Though Plaintiff and Omni have proceeded with discovery diligently to-date, delays resulting from the ongoing COVID-19 pandemic have prevented them from completing all necessary fact discovery before the current cutoff date. In the interest of judicial economy, the parties agree that the fact discovery cutoff date should be continued for 30 days to permit such additional discovery to take place.

Dated: August 24, 2020                      PECORA & CLINE

                                            By: /s/ Robert J. Pecora
                                                ROBERT J. PECORA
                                                Attorneys for Plaintiff
                                                ALLEN HARVEY ABOLAFIA


Dated: August 24, 2020                      BEST BEST & KRIEGER LLP

                                            By: /s/ Matthew L. Green
                                                ROBERT J. HANNA
                                                MATTHEW L. GREEN
                                                WHITNEY R. BLACKHURST
                                                Attorneys for Defendant
                                                OMNI HOTELS MANAGEMENT
                                                CORPORATION

Allen Harvey Abolafia v. Omni Hotels Management Corp.
United States District Court, So. District of CA, Case No. 19-cv-01923-W-KSC

## PROOF OF SERVICE

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On August 25, 2020, I served a copy of the within document(s):

JOINT MOTION TO CONTINUE FACT DISCOVERY CUTOFF DATE;

[PROPOSED] ORDER CONTINUING FACT DISCOVERY CUTOFF DATE

☒ **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

| | |
|---|---|
| Robert J. Pecora, Esq.<br>Law Office of Robert J. Pecora<br>7855 Ivanhoe Avenue, Suite 408<br>La Jolla, California 92037 | ATTORNEYS FOR PLAINTIFF<br>ALLEN HARVEY ABOLAFIA<br><br>Tel: (858) 454-4014<br>Email: robertjpecora@aol.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2020, at San Diego, California.

_____

Lisa Atwood

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

- 1 -

USDC, SOUTHERN DIST.
CASE NO. 18CV1836 DMS (LL)

61746.00003\32533381.1