| | |
|---|---|
| 1 | MATTHEW L. GREEN, Bar No. 227904 |
| 2 | matthew.green@bbklaw.com<br>WHITNEY R. BLACKHURST, Bar No. 295239 |
| 3 | whitney.blackhurst@bbklaw.com<br>BEST BEST & KRIEGER LLP |
| 4 | 655 West Broadway, 15th Floor<br>San Diego, California 92101 |
| 5 | Telephone: (619) 525-1300<br>Facsimile: (619) 233-6118 |
| 6 | Attorneys for Defendant |
| 7 | OMNI HOTELS MANAGEMENT<br>CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 19-cv-01923-W-KSC<br>Judge: Hon. Thomas J. Whelan<br><br>DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL CIVIL RULE 7.1(d)(1)**<br><br>Date: March 1, 2021<br>Dept.: Courtroom 3C (3rd Floor) |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on March 1, 2021, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 221 West Broadway, Courtroom 3C (3rd Floor), San Diego, California 92101, Defendant Omni Hotels Management Corporation ("Omni") will and hereby does move the Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reasons that the above-captioned action is barred by the first and second affirmative defenses of Omni's First Amended Answer, specifically contractual assumption of risk and primary assumption of risk, and that the action fails insofar as it alleges Omni had a duty to warn Plaintiff Allen Harvey Abolafia.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declarations of Dustin Irwin and Matthew L. Green, the Request for Judicial Notice, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: January 15, 2021                     BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
MATTHEW L. GREEN
WHITNEY R. BLACKHURST
Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

Allen Harvey Abolafia v. Omni Hotels Management Corp.
United States District Court, So. District of CA, Case No. 19-cv-01923-W-KSC

## PROOF OF SERVICE

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On January 15, 2021, I served a copy of the within document(s):

DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;

DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;

DECLARATION OF DUSTIN IRWIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;

DECLARATION OF MATTHEW L. GREEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;

☒ **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

| | |
|---|---|
| Robert J. Pecora, Esq.<br>Law Office of Robert J. Pecora<br>7855 Ivanhoe Avenue, Suite 408<br>La Jolla, California 92037 | ATTORNEYS FOR PLAINTIFF<br>ALLEN HARVEY ABOLAFIA<br><br>Tel: (858) 454-4014<br>Email: robertjpecora@aol.com |

1
2   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
3
4   Executed on January 15, 2021, at San Diego, California.
5
6   _____
7   Lisa Atwood

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

- 2 -

USDC, SOUTHERN DIST.
CASE NO. 18CV1836 DMS (LL)

61746.00003\32533381.1