MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
WHITNEY R. BLACKHURST, Bar No. 295239
whitney.blackhurst@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone:  (619) 525-1300
Facsimile:  (619) 233-6118

Attorneys for Defendant
OMNI HOTELS MANAGEMENT
CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No.  19-cv-01923-W-KSC<br>Judge: Hon. Thomas J. Whelan<br><br>DECLARATION OF DUSTIN IRWIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Date:    March 1, 2021<br>Dept.:   Courtroom 3C (3rd Floor) |

- 1 -

I, Dustin Irwin, declare as follows:

1.      I have personal knowledge of the following facts and if called to testify, I would and could testify competently thereto.

2.      I have worked in the golf industry for more than 28 years, have extensive experience with some of the finest brands and destinations in golf in North America, and have been a PGA Class "A" Member since 2003. My background includes senior leadership positions in golf operations, sales, marketing, training, golf course maintenance, golf course construction, and facility openings.

3.      In May 2017, I was appointed the Director of Golf Operations at the Omni La Costa Resort & Spa ("Resort") in the City of Carlsbad in northern San Diego County. As the Director of Golf Operations, I supervised all golf-related programs, the two championship 18-hole golf courses at the Resort, and all golf staff, among other responsibilities. Since July 2018, I have been the Director of the Club at La Costa ("Club"). The Club offers golf, tennis, health, fitness, and social facilities and activities with the Resort. The Club's golf facilities include the two 18-hole golf courses: the North Course and the South Course, which are respectively known as the Champions and Legends Courses.  As the Club Director, I oversee all of the facilities, activities, and staff at the Club, among other responsibilities.

4.      As the Club Director, I am also familiar with the Club's records relating to individual members of the Club. In or about late January 2007, Plaintiff Allen Harvey Abolafia ("Plaintiff") applied for and obtained a Signature Membership at the Club, which was accompanied by payment of a $15,000 deposit. A true and correct copy of Plaintiff's Signature Sport Membership Application dated January 25, 2007, is attached as Exhibit "4" to the transcript of the deposition of Allen Harvey Abolafia ("Abolafia Transcript").

5.      The Club's records also include other records that were prepared in connection with the initiation of Plaintiff's membership at the Club. These materials include the Member Status Worksheet dated January 26, 2007, a true and correct

copy of which is attached hereto as Exhibit "A"; the New Member Processing Form dated January 26, 2007, a true and correct copy of which is attached hereto as Exhibit "B"; the New Member Checklist, a true and correct copy of which is attached hereto as Exhibit "C"; a photocopy of two checks issued by Plaintiff totaling $15,000, dated January 25, 2007, a true and correct copy of which is attached hereto as Exhibit "D"; and a letter dated February 14, 2007, welcoming Plaintiff as a new member at the Club, a true and correct copy of which is attached hereto as Exhibit "E".

6.      At the time Plaintiff became a member, the Club offered multiple types of memberships that were detailed in the Signature Membership Plan, Amended and Restated March, 2006 ("Membership Plan"). A true and correct copy of the Membership Plan is attached as Exhibit "3" to the Abolafia Transcript.

7.      At the time Plaintiff became a member, membership at the Club was also governed by the 2006 Amended and Restated Rules and Regulations ("Rules and Regulations"), which became effective March 1, 2006. A true and correct copy of the Rules and Regulations is attached as Exhibit "5" to the Abolafia Transcript.

8.      Attached as Exhibit "2" to the Abolafia Transcript is a true and correct copy of a State of the Club letter issued to the Club's members in late 2006, which included an update regarding membership pricing, dues, and fees for 2007.

9.      In or about early August 2007, Plaintiff upgraded his membership, which required payment of an additional $33,500 deposit. Attached hereto as Exhibit "F" is a true and correct copy of the Member Status Worksheet dated July 31, 2007, relating to Plaintiff's membership upgrade.

10.      Effective March 1, 2011, the Club adopted bylaws that further govern membership in the Club. A true and correct copy of these bylaws, identified as the Amended and Restated Membership Bylaws ("Bylaws"), is attached as Exhibit "H" hereto.

11.      As a member of the Club, Plaintiff enjoys the use of the Club Facilities, which generally consist of the two golf courses, tennis courts, the health and fitness

center, and swimming pools, among other privileges. Plaintiff's membership at the Club is governed by the membership documents, which include the Membership Plan, Rules and Regulations, and Bylaws. These governing membership documents are available at any time upon the request of a member of the Club.

12.    I am informed and believe that the above-captioned action relates to an incident involving Plaintiff that occurred on the Legends Course between the sixth hole and the seventh tee box on August 29, 2018. Situated on the golf cart path between the sixth hole and the seventh tee box of the Legends Course is an arched concrete bridge that crosses over a culvert. Construction of the bridge was completed on or about May 1, 2017, after the prior wooden bridge washed out in a storm earlier that year. Attached hereto as Exhibit "G" are true and correct copies of photographs depicting the concrete bridge. Attached as Exhibit "6" to the Abolafia Transcript is a true and correct copy of a photograph of the culvert after the old wooden bridge washed out in early 2017.

13.    Attached as Exhibit "10" to the Abolafia Transcript is a true and correct copy of a computer printout reflecting each round of golf that Plaintiff played at either of the Club's two golf courses between February 2, 2017, and December 15, 2018. In the second column of the printout, the notation "LEG" refers to the Legends Course, while the notation "CHA" refers to the Champions Course. Based on this printout, following the construction of the bridge, Plaintiff played golf on the Legends Course on 91 occasions between May 11, 2017, and August 28, 2018, the day before the incident in question occurred.

14.    Attached as Exhibit "8" to the Abolafia Transcript is a true and correct copy of two invoices issued to Plaintiff regarding green fees for playing golf on the Legends Course on August 29, 2018, one of which reflects $85.00 was paid for a guest of Plaintiff, and the other of which shows no green fee was due for Plaintiff. Attached as Exhibit "9" to the Abolafia Transcript is a true and correct copy of a receipt dated August 29, 2018, reflecting an $85.00 fee for Plaintiff's guest to rent a

1   golf cart.

2       15.   Attached as Exhibit "11" to the Abolafia Transcript is an Incident

3   Report prepared by Omni staff dated August 29, 2018, regarding the incident

4   involving Plaintiff on the same date at 10:23 a.m. The Incident Report includes a

5   photograph of a the bridge, the culvert running under the bridge, and a golf cart

6   parked at the bottom of the downward slope of the bridge. I have reviewed the digital

7   JPEG file of said photograph, and, according to the file's properties, the photograph

8   was taken on August 29, 2018, at 10:27 a.m.

9       16.   As the Club Director, I am one of the custodians of records for the

10  Club's records. The documents and records referenced in this declaration,

11  specifically Exhibits "2" through "6" and "8" through "11" to the Abolafia Transcript

12  and Exhibits "A" through "H" hereto, were made at or near the time by, or from

13  information transmitted by, someone with knowledge; they were kept in the course

14  of a regularly conducted activity of the Club; and they were made as part of a regular

15  practice of such activity.

16      I declare under penalty of perjury that the foregoing is true and correct.

17      Executed this _8th_ day of January, 2021, at Carlsbad, California.

18

19

20      DUSTIN IRWIN

21

22

23

24

25

26

27

28

EXHIBIT A

( ) New Corp Member
( ) Change Status
( ) Resignation
( ) Inactive
( ) Termination
( ) Other:

5398TT



THE CLUB AT
# LA COSTA

## *KSL La Costa Corporation*
## *Member Status Worksheet*

Date: 1/26/07

Membership Account #: 017088

Member/Designee Name: Allen Abolafia
Corporate Name:
Address: 29 Quail Run
City,State, Zip Henderson, NV 89014

[] Signature Sport
[] Signature Golf

[x] Non-resident Signature Sport
[] Non-resident Signature Golf

[] Signature Corporate
[ ] Other:

Old Designee Name:
Old Account # :
Old Membership Type:

DEPOSIT AMOUNT: $15,000

Designee Fee:
Start Dues on: **February 1st, 2007**
Start F&B on: February 1st, 2007
Other:

**For Accounting Only**

[✓] SMS
[✓] Recurring
[✓] Master Chart
[ ] F&B N/K
[✓] EOM Report (photo copy)
[ ] Other

[ ] Deposit charged
[✓] Dues charged
[ ] Extension fee charged
[ ] Other

DATE REC: 1/27/67
DATE ENTERED: 1/27/7
ENTERED BY: K

*Note: When preparing a SIGNATURE Member refund, via check or credit card, for a member who has rescinded or sold his Membership, be sure to deduct the dollar amount of all gift certificates that were used from the balance of their refund check.*

*l*

A-1

EXHIBIT B

# New Member Processing Form

**Date:**                                January 26, 2007

**Member's Name:**            Allen Abolafia

**Member's Number:**        017088

**Membership Type:**         Signature Non Res Sport Member

**Billing Address & Phone**   29 Quail Run
**Number:**                          Henderson, NV 89014
                                         ? phone number

**Membership Deposit:** $15,000
    **Credit Card:**                                      **Check:** $15,000
    **Amount Financed:**                            **Length:**

**Referred By:** n/a        **Referral Fee:** n/a

**Dues Begin: February 1st, 2007**

**Notes:** getting three spa treatments and 6 rounds of golf

B-1

1.  Transaction Type:
    **x New Sale**          Upgrade              Termination
    Inactive Resale        Status Change        Resignation

2.  Exiting Member #              | 017088 |
    Exiting Member Type           | |

3.  New Member #                  | |
    New Member Type               | Signature Non Res Sport Member |
4.  Payment Terms:
    Cash/Check                    | **$15,000** |

    Credit Card                   | $ |
    Financed (bank or otherwise)  | $ |
       Terms of Finance           | |
    Previous Member Credit

B-2

EXHIBIT C

# **New Member Checklist**

Name of Applicant:  ___Allen Abolafia_____

Member Number:  _017088_____Membership Type:  non res sport
Date of Processing:  ___1/26/07_____

1. Accounting _x___
    a.  copy of application
    b.  original form of payment
    c.  sales processing form
    d.  new member worksheet

2. Coordinating File ___x_
    a.  original application
    b.  copy of form of payment
    c.  new member worksheet
    d.  sales processing form
    e.  copy of welcome letter
    f.  website authorization -no

3. Gift Certificate Request Form _x___
        (Bill, Sandi, Arika)
    Referral G. C. Request Form _N/A_

4. Roster Changes ✓

5. New Member Spreadsheet (members to be contacted) ____

6. Add to Website/List ✓

7. Order new Membership Cards __x_
        (to be sent out with letters when ready)

8. Put on For Sale List ✓

9. Add to For Sale Notebook ____

10. Add to Access database ✓

11. Order Golf tags & locker plates (if needed) N/A

12. Add to member list____

13. Add to Income sheet _____

14. Email Calendar Link

C-1

EXHIBIT D

ABOLAFIA
CONVENTION CENTER DR, FL 8
S VEGAS, NV  89109-2010

90-7162/3222
3881154773

3036

DATE 1-25-07

AY TO THE
RDER OF                     Jr Colo CC                          $ 10,000

Jen          Thousand                                    DOLLARS

W  Washington Mutual

Washington Mutual Bank, FA
Henderson-Pebble Marketplace Financial Center 941
1000 N. Green Valley Pkwy., Suite 600   1-800-788-7000
Henderson, NV 89014-8191        24 hour Customer Service

Gold
Customer

OTES

⑈3222716271⑈ 3881154773⑈ 3036

---

EN ABOLAFIA
QUAIL RUN RD
IDERSON NV 89014-2150

COMMAND ASSET PROGRAM

1153

125-07
Date

66-21/530
BRANCH 98204

the
der of          Jr Cato   CC                       $ 5000

five          Thousand                            Dollars

WACHOVIA SECURITIES
Wachovia Bank, N.A.

CODE

⑈53000219⑈ 9071298664⑈ 1153

D-1

EXHIBIT E



THE CLUB AT
LA COSTA

February 14th, 2007

Mr. Allen Abolafia
29 Quail Run
Henderson, NV 89014

Dear Allen,

We are very pleased to have your family as new members at the Club at La Costa!

Please enjoy these welcome gifts with our compliments, and know that we are looking forward to providing you with a great experience throughout your membership.

Feel free to contact me with any future needs & I look forward to seeing you at the Club!

Sincerely,

Jaime Miles
Membership Sales Manager
(760) 929-6396

800.854.5000 · lacosta.com · 2100 Costa Del Mar Road · Carlsbad, California · 92009

E-1

EXHIBIT F

| ( x ) New Member |
| ( ) New Designee |
| ( ) Change Status |
| ( ) Resignation |
| ( ) Inactive |
| ( ) Termination |
| ( ) Other: |

THE CLUB AT
## LA COSTA
### KSL LA COSTA CORPORATION
# MEMBER STATUS WORKSHEET

| Date: 7/31/07 | Member's Account Number: 071000 |

| | |
|---|---|
| Member/Designee Name: | Adam & Allen Abolafia |
| Corporate Name: | |
| Address: | 29 Quail Run |
| City, State, Zip | Henderson, NV  89014 |

[ ] Signature Sport        [ x ] Non-res Signature ASSOCIATE        [ ] Signature II Corporate
[ ] Signature Golf         [ ] Non-resident Signature Golf          [ ] Other: HONORARY

| | |
|---|---|
| Old Designee Name: | Allen Abolafia |
| Old Account # : | 017088 |
| Old Membership Type: | Non-Resident Sport |
| DEPOSIT AMOUNT: | $33,500 |
| Designee Fee: | |
| Start Dues on: | August 1st, 2007 |
| Start F&B on: | August 1, 2007 |
| Referring Member/Member #: | None |
| Referral Credit Amount: | |

### For Accounting Only

[ ] SMS
[ ] Recurring
[ ] Master Chart
[ ] F&B   N/A
[ ] EOM Report (photo copy)
[ ] Other

[ ] Deposit charged
[ ] Dues charged
[ ] Extension fee charged
[ ] Other   Bay Avange

DATE REC: 8/1/07
DATE ENTERED: 8/1/07
ENTERED BY: KC

*Note:  When preparing a SIGNATURE Member refund, via check or credit card, for a member who has rescinded or sold his Membership, be sure to deduct the dollar amount of all gift certificates that were used from the balance of their refund check.*

1. **Transaction Type: UPGRADE**
***Choices are:*** *New Sale, Upgrade, Termination, Inactive Status, Status Change, or Resignation*

2. **Exiting Member** 017088   3. **Membership Category:** Signature Non-Resident Sport

4. **New Member #** 071000   5. **Membership Category** Signature Associate Membership

6. **Deposit & Credit Payment Terms:**

| Cash/Check | $ | Credit Card | $33,500 |
|---|---|---|---|
| Financed Amount | $ | Discount | $11,500 |
| Previous Credit | $15,000 | Incentive Club Credit | $ |

F-1

EXHIBIT G



G-1



G-2





G-4



EXHIBIT H



# THE CLUB AT
# LA COSTA®

## AMENDED AND RESTATED
## MEMBERSHIP BYLAWS



Irwin
EXHIBIT 25
7-23-20

# THE CLUB AT LA COSTA®
## AMENDED AND RETATED
## MEMBERSHIP BYLAWS

NO PERSON IS AUTHORIZED TO GIVE ANY INFORMATION OR MAKE ANY ORAL OR WRITTEN REPRESENTATIONS NOT CONTAINED IN THESE MEMBERSHIP BYLAWS AND THE DOCUMENTS REFERENCED HEREIN AND, IF GIVEN OR MADE, SUCH INFORMATION MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED BY THE CLUB.   IN THE EVENT OF A CONFLICT BETWEEN THE TERMS OF MEMBERSHIP CONTAINED IN THESE MEMBERSHIP BYLAWS, ANY RULES AND REGULATIONS, ANY CANDIDATE APPLICATION AND ANY OTHER PRINTED MATERIALS, THESE MEMBERSHIP BYLAWS SHALL GOVERN.

## ARTICLE I.  CLUB INFORMATION

Section 1.1.   Name and Address.

The name of this club is The Club at La Costa® (the "Club").  The Club is operated by LC Country Club, Inc., a Delaware Corporation (the "Operator"), and is owned by the owner of La Costa Resort and Spa (the "Owner").  The address of the Club is 2100 Costa Del Mar Road, Carlsbad, California, 92009.

Section 1.2.   Membership Bylaws.

These Amended and Restated Membership Bylaws (the "Bylaws") amend, supersede and replace in their entirety any prior bylaws of the Club and set forth the terms and privileges of membership in the Club and the policies and procedures under which the Club is operated. These Bylaws are subject to change from time to time in the sole and absolute discretion of the Operator.

Section 1.3.   Purpose.

The purpose of the Club is to operate as a semi-private club for the social and recreational benefit of its members (the "Members").  The foregoing shall not limit the conduct of business at the Club by Operator as Operator determines in its discretion.

Section 1.4.   Ownership and Management.

The Club shall be managed solely by the Operator and the General Manager of the Club ("General Manager") selected by the Operator from time to time.  The Club is not an equity club, and no Member shall, by virtue of being a Member, be an owner or partner of the Club or of the Operator or have any ownership or equity right or interest in the Club or any of the assets of the Club or the Owner.

1

Section 1.5.    Rules and Regulations.

The Operator may establish and amend from time to time rules and regulations ("Rules and Regulations") for the control and operation of the Club and its Facilities (as defined in Section 2.1) and for the conduct and attire of Members while using the Club. The Rules and Regulations and any future amendments thereto shall become effective immediately upon the posting of a copy in the Club, or by posting on the Club's website, or upon to their delivery to Members. The Facilities are not owned by the Club, but are owned by the Owner. The Club has a non-exclusive right to use the Facilities.

## ARTICLE II. FACILITIES

Section 2.1.    Availability of Facilities.

The Club's facilities consist of two 18-hole golf courses, workout facilities, tennis courts, swimming pools, social areas and related amenities (the "Facilities") of La Costa Resort and Spa (the "Resort"). Each of the Owner and the Operator reserves the right, in its sole and absolute discretion, to discontinue or modify operation of any or all of the Facilities or any other use privileges, including use privileges at other clubs and locations ("various use privileges"); to sell or otherwise dispose of the Facilities; to make any other changes in the terms and conditions of membership, including the use of the Facilities or the various use privileges available for use by Members. The Operator's right to use the Facilities is conditioned upon the Facilities being made available by the Owner. Use of the Facilities and the various use privileges may be discontinued, restricted or reserved from time to time as determined by the Owner or the Operator and such discontinuance, restriction or reservation shall not result in any reduction or abatement of membership dues, unless otherwise determined by the Operator in its sole discretion. The Owner or the Operator may extend privileges of the Club, the right to use the Facilities and the various use privileges to such other persons and upon such terms as the Owner or the Operator may from time to time prescribe.

Section 2.2.    Board of Governors.

A Board of Governors comprised of Members of the Club may be formed at a time deemed appropriate by the Owner. The Board of Governors shall, upon request by the General Manager, provide advice and counsel as to the operation and as to the Rules and Regulations of the Club. The General Manager of the Club, as representative of the Owner, shall have the sole right to appoint the members of a Board of Governors, or set forth a method or methods for the election of the Board of Governors in the Rules and Regulations. The Rules and Regulations may also provide for the number of persons who sit on the Board of Governors, the length of service, the formation of committees, and other matters affecting the composition and operation of the Board of Governors. If the Rules and Regulations do not contain such information, the General Manager may determine each of the above in his sole discretion.

## ARTICLE III.  MEMBERSHIP

Section 3.1.    Qualifications.

Any person at least eighteen (18) years of age shall be eligible to apply for membership in the Club, subject to the additional eligibility requirements set forth for each category of membership below.

Section 3.2.    Membership.

Membership in the Club shall be evidenced by a copy of the candidate application adopted from time to time by the Operator (as in effect from time to time, the "Candidate Application") and signed by the Member(s) and the Operator indicating approval of the candidate for membership by the Operator.  Members shall have a nonexclusive, revocable license to use the Facilities in accordance with the terms and conditions of the Member's membership classification as such Facilities are made available for Member use.  The membership of the Club shall consist of the membership classifications as the Operator may establish from time to time.  The Operator shall have the authority to establish, modify, close, or discontinue any classification of membership and any category within such classification as the Operator from time to time may determine, in its sole discretion, to be in the best interests of the Club.  The Operator shall from time to time, in its sole discretion, prescribe or modify initiation deposits or fees, dues, food and beverage, retail and spa minimums, periodic economic incentives, privileges, and restrictions applicable to each classification of membership.  Without limiting the types of memberships which may be offered from time to time by Owner, the Operator may require two general types of initiation payments: an initiation deposit ("Initiation Deposit") and an initiation fee ("Initiation Fee") (collectively, the Initiation Fee and Initiation Deposit are referred to herein as an "Initiation Payment").  The type of Initiation Payment required by the Operator for a particular membership shall be set forth in each Member's Candidate Application and may be refundable, in whole or in part, as set forth in the Member's Candidate Application.  The Operator shall have the right, in its sole discretion, to establish (and amend from time to time) the amount of any Initiation Payment required for a particular category or classification of membership.  The number of memberships issued in any classification and the privileges accorded each classification shall be determined by the Operator.

Section 3.3.    Eligibility.

(a)    Selection for membership in the Club shall be in accordance with procedures, criteria, rules and regulations established from time to time by the Operator.  Invitations to membership shall be extended without regard to age, race, national origin, gender, religion, sexual orientation or disability.  Candidates for membership must complete and submit a Candidate Application.  The Operator may accept or reject any invitee or applicant in its sole discretion, and the decision of the Operator in this regard shall be final.  The Operator from time to time may, in its discretion, form a Membership Committee from the general membership of the Club to meet on a periodic basis to review applicants and make recommendations to the Operator for approval of new membership applicants.  The proceedings of any Membership

3

Committee formed shall be confidential. The Operator shall have the final approval of all membership applicants.

Invitations to be extended and unsolicited Candidate Applications received will be evaluated on the basis of the following criteria:

(i)     Interest of an invitee, candidate and/or business entity in the use of a Club membership for social promotion and/or professional purposes.

(ii)    Financial responsibility and qualification of the invitee, candidate, and/or business entity.

(iii)   Compatibility of an invitee, candidate and/or business entity (or its Corporate Designee) with Members with respect to social and business settings.

(b)     If a Candidate Application is not approved, the Member applicable Initiation Payment shall be returned less a processing fee, as established by Operator from time to time.

(c)     In the event a home or unit in any community as designated by the Operator in its sole discretion, is owned by more than one person, only one designated owner is eligible to obtain a membership and use the Facilities, subject to availability. The additional owner(s) of the property must also become Members in order to use the Facilities. In the event there is more than one membership issued with respect to a home or unit, only one membership can be transferred to the subsequent purchaser of the home or unit as set forth in Section 3.12.(b).

(d)     At the Operator's discretion and on such terms as may be set by the Operator from time to time, including the payment of any higher Imitation Payment and the availability of memberships, Members of one class or category of membership shall have the ability to upgrade to a different class or category of membership.

(e)     Golf members may not downgrade their membership to a non-golf class or category without the prior written approval of the Operator. Such downgrade, if permitted, shall be on such terms as may be established by the Operator from time to time.

(f)     For the convenience of Members, a membership may be held in the name of a trust (the "Trust"). The membership will be issued in the name of the Trust. The Trust must designate one beneficiary of the Trust, who with his or her family will have the right to use the Facilities. The Trust may change the designated user upon compliance with the Club's rules governing changes to the designated users and payment of the administrative fee charged by the Club, as established by Operator from time to time. The individual designated must submit a Candidate Application and must be approved by the Club. No more than one designated user and his or her family shall be entitled to simultaneously use the Facilities, except as a guest. The Club reserves the right to establish from time to time the rules governing the designation of an individual as the designated user of a membership, including establishing a limit on the number of times a particular designation may be changed during a membership year or during the term of the membership and requiring proof that the individual qualifies as a designated user and proof that the Trust is valid, as determined by the Club from time to time in its sole discretion.

4

(g)     The Club may offer memberships to purchasers of new homes or units in any other communities designated by the Operator on such terms and conditions as determined by the Operator from time to time.  These memberships may differ from other memberships in regards to privileges, refunds, transferability and other provisions; provided that any such membership that offers full golf privileges shall count towards the Cap (as defined in Section 4.2).

Section 3.4.    Privileges.

Candidates accepted for membership are entitled to membership privileges in the selected membership category as such privileges and amenities are available and as may exist from time to time.  Each membership shall have one eligible person designated as the primary member (the "Primary Member").  The Primary Member's family shall be entitled to the same privileges as the Primary Member.  The term "family" shall mean the Member's spouse, Spousal Equivalent or Spousal Designee (as those terms are defined below) and children.  The term "children" shall mean the unmarried children of the Member, the Member's spouse, Spousal Equivalent or Spousal Designee, who reside in the Primary Member's permanent residence, under the age of twenty-one (21), or under the age of twenty-three (23) and attending college or graduate school on a full time basis.

The spousal relationship may be evidenced by a marriage license or its equivalent under state law (which may include a certificate of domestic partnership or civil union).  In those situations where the spousal relationship is evidenced by a state law equivalent to a marriage license, the person who is not the Primary Member may be referred to herein as the "Spousal Equivalent." In the event the spousal relationship is not evidenced by either a marriage license or its equivalent under state law, (which such equivalent may include a certificate of domestic partnership or civil union), a Primary Member may designate one person (the "Spousal Designee") to receive the same privileges as the Primary Member, so long as: (i) the designated person resides in the Primary Member's residence, (ii) is considered by and held out to the public as Primary Member's spouse or as having a spousal relationships with Primary Member, and (iii) the Primary Member and the Spousal Designee have executed a statement acceptable to the Operator stating the foregoing information.  The Spousal Designee must be presented in writing and approved by the Operator (which approval may be withheld by the Operator in its sole discretion) and may not be changed more than once in any twelve (12) month period.

The enjoyment of membership privileges by any person entitled thereto pursuant to this Section is subject to the terms, conditions and restrictions of these Bylaws, the Rules and Regulations, and the terms of Member's Candidate Application.  Any violation of the provisions of these Bylaws, the Rules and Regulations or the Candidate Application by the Member, the Member's spouse, Spousal Equivalent or Spousal Designee, children, or guests shall be grounds for disciplinary action as set forth in these Bylaws or the Rules and Regulations.

Section 3.5.    Imitation Deposit Required to Acquire a Refundable Membership

Each Member who acquires a refundable membership will be required to pay the Initiation Deposit in effect at the time the Member is approved for membership.  Initiation Deposits are non-transferable, except to the Member's adult child, adult grandchild or surviving spouse or

5

Spousal Equivalent (but not Spousal Designee), as described in these Bylaws, and are refundable only in accordance with these Bylaws, the Rules and Regulations of the Club and the Candidate Application.

Section 3.6.   Initiation Fee Required To Acquire a Nonrefundable Membership

Each Member who acquires a nonrefundable membership will be required to pay the Initiation Fee in effect at that time.  The Club will determine the amount of the Initiation Fee in its sole discretion from time to time.  Initiation Fees are non-transferable, except to the Member's adult child or adult grandchild (as provided in Section 3.14) or to the Member's surviving spouse or Spousal Equivalent (as provided in Section 3.9) and are nonrefundable.

Section 3.7.   Resignation for Membership.

A Member may resign from the Club at any time by giving written notice to the Operator.  Such resignation will be effective thirty (30) days following the date the resignation is received by the Operator.  A Member's dues obligation ceases upon the last day of the month during which the effective date of the resignation occurs unless the Member holds a transferable membership in which case the Member shall continue to be obligated to pay dues as set forth in Section 3.8 should such Member desire to transfer his membership.

Section 3.8.   Payment of Dues By a Resigned Member.

A resigned Member who has paid a Initiation Deposit shall be obligated to continue to pay dues, fees and other charges, including any required minimum spend, associated with the resigned membership until the earlier of (i) the reissuance of the membership by the Club, or (ii) the last day of the first complete month following the 12 month anniversary following submission of the resignation.  A resigned Member shall be permitted to continue to use the Facilities as long as the dues, fees and other charges continue to be paid by the resigned Member.  In the event that there are any amounts owing to the Club by a resigned Member which are past due, the Club reserves the right to move the resigned membership to the bottom of the resigned list until such amounts have been paid in full.

Section 3.9.   Death of Member.

Any membership in any membership classification shall terminate upon the death of the last surviving member on the membership (regardless of whether the Primary Member or the spouse/Spousal Equivalent is the last to die), or in the case of a corporate membership, upon the dissolution, liquidation, or other ceasing to exist of the business entity holding the corporate membership.  Where a membership includes a Spousal Designee, the membership shall terminate upon the death of the Primary Member and the Spousal Designee shall have no continuing rights to use the membership.

Section 3.10.   Divorce.

In the event a membership in any classification is held by persons in a spousal relationship (including spouses or Spousal Equivalents, but not a Spousal Designee) and the spousal

6

relationship is subsequently separated or divorced, the membership shall be awarded to one spouse as set forth in a separation agreement, divorce decree, or equivalent. A membership in any classification is not divisible. After receipt of the written separation agreement, divorce decree, or equivalent, all rights, benefits and obligations of the membership shall be deemed to have been awarded to the spouse or Spousal Equivalent designated therein as the Member. The other spouse can apply for membership in the same manner as any new candidate for membership once the existing membership has been awarded. In the absence of a written separation agreement, divorce decree, or equivalent, or other instrument designating the Member, the membership shall be suspended unless or until the Operator is provided with notice, in writing and signed by both Members, instructing the Operator as to which Member will retain the membership. During the pendency of divorce or separation, liability for all obligations under the membership will remain unchanged. If the Operator, in its sole discretion, determines that prospects of payment are impaired or the spouses or Spousal Equivalent are unable to make temporary arrangements for the membership satisfactory to the Operator, the Operator can suspend all charging and use privileges under the membership.

Section 3.11.   Transfers Outside Club Procedures and Pledge of Memberships.

Any attempted transfer of a membership by a Member outside of the procedures set forth in these Bylaws, whether by sale, gift, testamentary disposition, or otherwise, shall be of no force and effect and shall confer no membership rights or rights to use the Club upon the transferee. Memberships may not be pledged and any attempt to pledge a membership for the benefit of any third party shall be null and void.

Section 3.12.   Transfer.

(a)     Only memberships designated as transferable in the Member's Candidate Application may be transferred subject to and in accordance with the provisions of this Section 3.12. Any membership not specifically designated as transferable may not be transferred, and any transfer or attempted transfer thereof shall be null and void and shall not confer upon the transferee any of the privileges of a membership in the Club. No Member shall publicly advertise a membership for sale, through online, printed or other advertisements, or permit such advertisement.

Any Member in good standing who holds a transferable membership as set forth in the Candidate Application, and who desires to transfer the membership (the "Transferring Member") shall notify the Operator in writing and complete any documents required in connection with such transfer as provided by the Operator. The Operator may require Member to submit additional information or acknowledge in writing the Club's policies and procedures for transfer as a condition precedent to transfer, including, without limitation, holding the transferable membership for any minimum period of time as set forth in the Transferring Member's Candidate Application. A Member who has unpaid deposits, fees, dues or charges of any nature, in whole or in part, is not eligible to transfer their membership.

All Transferring Members will be placed on a list (the "Transfer List") for the classification of the type of membership held by the Transferring Member in chronological order of receipt of the

7

Members' written notice of intent to transfer.  Each membership will be transferred through the Club after the membership in the applicable classification has risen to the top of the Transfer List and after satisfaction of the other conditions set forth herein.  As long as the Club has available memberships to sell in a particular classification, every fifth (5th) membership issued in that classification will be taken from the top of the Transfer List, (i.e., once the Club has sold four (4) memberships, the next membership to be issued will come from the top of the Transfer List).  At any time that the Club no longer has available memberships to sell in a particular classification, the Club will sell memberships in that classification from the Transfer List on a one to one basis, i.e., each membership issued will be taken from the top of the Transfer List.  If the Club subsequently has available memberships to sell in that classification at a later date, it will revert to the rotation described above.

As further conditions precedent to the transfer of the membership, the new membership candidate ("Transferee") must (i) be approved by the Operator in the same manner as other candidates for membership and (ii) pay the Operator one hundred percent (100%) of the Initiation Payment then being charged by the Operator for the classification and category of membership.  Upon transfer of the membership, the Operator will pay the Transferring Member a transfer payment (the "Transfer Payment") equal to a percentage of the required Initiation Payment paid by Transferee, as set forth in the Transferring Member's Candidate Application; provided that in no event shall the Transfer Payment exceed the amount of the original Initiation Payment paid by the Transferring Member to the Owner.

The Transfer Payment shall be deemed to be full repayment of the Transferring Member's original Initiation Payment (if applicable), even if the amount of the Transfer Payment is less than the amount of the original Initiation Payment.  No Member is required to transfer a membership or accept a Transfer Payment; the decision to transfer the membership and to accept a Transfer Payment in lieu of repayment of an otherwise refundable Initiation Payment (i.e., an Initiation Deposit) is at the election of the Member.  The Transferring Member shall continue to have the privileges and obligations of membership as set forth in these Bylaws and/or the Rules and Regulations, including, without limitation, the continuing obligation to pay dues for the classification and category of membership being transferred, and other charges, to the Owner for the period of time and upon the terms and conditions specified in Section 3.8.

**THE TRANSFER OF A MEMBERSHIP TO THE TRANSFEREE SHALL OPERATE AS A FULL AND COMPLETE RELEASE BY THE TRANSFERRING MEMBER OF THE OWNER AND THE OPERATOR AND THEIR RESPECTIVE AFFILIATES, OFFICERS, DIRECTORS, SHAREHOLDERS, MEMBERS, MANAGERS, EMPLOYEES AND REPRESENTATIVES OF ANY AND ALL LIABILITIES, CLAIMS, DEMANDS, ACTIONS OR CAUSES OF ACTION ARISING OUT OF OR RELATED TO THE MEMBERSHIP TRANSFERRED, INCLUDING A FULL RELEASE OF ANY OBLIGATIONS TO REFUND ANY INITIATION DEPOSIT PAID BY TRANSFERRING MEMBER, IF APPLICABLE.**

(b)     Notwithstanding Section 3.12(a), memberships for which an Initiation Deposit has been paid are transferable through the Club to the subsequent purchaser of a Member's home or unit within any community as designated by the Operator from time to time.  A Member who

8

owns a home or unit in any community as designated by the Operator, in its sole discretion, shall have the option for the buyer of his home or unit to have preferred eligibility to apply for, and if approved by the Club to acquire that Member's membership. The new Member will pay the current Initiation Payment and complete the Candidate Application. Should the buyer's Candidate Application be approved, then that buyer shall obtain a new membership. As set forth herein, the required portion of the selling Member's Initiation Deposit as set forth in the Transferring Member's Candidates Application shall be refunded within 30 days after approval of such new Member. The selling Member shall be asked to resign his/her membership upon approval for the new membership.

Section 3.13.  <u>Redemptive Right</u>.

In the event of a dispute between Member and the Owner, or for any other reason determined in the Owner's sole discretion, the Operator may redeem a Member's membership by repaying the Member the Initiation Payment (without interest or premium of any kind) paid to the Club. Upon payment, Member's rights and privileges in the Club will immediately cease, and Member shall automatically relinquish any and all claims associated with the membership and the Member's use of the membership. The Operator shall determine, it its sole and absolute discretion, whether any Member whose membership has been redeemed by Operator shall be permitted to utilize the Club's facilities or enter onto the Club's premise as a guest of another Member.

Section 3.14.  <u>Transfer During Member's Lifetime</u>

A Member can request the one-time transfer of his membership to an adult child (including step children) or adult grandchild who is approved for membership without the payment of any additional Initiation Payment. In order to effectuate a transfer of a refundable membership to an adult child or adult grandchild, the Member shall resign the membership. The adult child or grandchild will then purchase the membership from the Club, within 30 days of resignation, at the same Initiation Payment which was previously paid by the Member. The Club shall then pay to the Member the Initiation Payment previously paid by the Member for the membership within 30 days of payment by the adult child or adult grandchild of the required Initiation Payment. For transfers of memberships involving an Initiation Deposit, a new 30-year period shall commence for the adult child or adult grandchild for the refund of the Initiation Deposit pursuant to Section 3.15 of these Bylaws. The transfer of the membership to an adult child or adult grandchild shall not be subject to any waiting or resigned lists.

Section 3.15  <u>Repayment of Initiation Deposit</u>

With respect to memberships for which an Initiation Deposit is paid after March 15, 2010, it is understood and agreed that on the thirty (30) year anniversary of the date the original Initiation Deposit is paid (the "Repayment Date") provided that Club has received written demand for payment from Member, the Club will unconditionally repay Member one hundred percent (100%) of the Initiation Deposit paid by Member to Club without interest. In the event that Member does not make written demand to Club for payment within one (1) year following the Repayment Date, the Club will satisfy its Initiation Deposit refund obligation to Member provided for above by automatically providing Member with a new membership in the same

category and classification or in the most comparable category and classification as the existing membership (the "Subsequent Membership") instead of the repayment of the Initiation Deposit paid by Member, without any further action on the part of Member. The Initiation Deposit paid by Member to Club shall be applied against the Initiation Deposit for the new membership, and shall be subject to the same conditions as set forth herein relating to refundability of the Initiation Deposit as are set forth herein.

The Subsequent Membership shall commence on the day following the Repayment Date and shall entitle the Member to privileges in the Club commensurate with the level of privileges then applicable to such type of membership, in accordance with the Club's membership Bylaws or other governing documents then in effect.

Members who paid Initiation Deposits prior to March 15, 2010 shall be required to complete a new Candidate Application, which Candidate Application shall govern the terms of the refundability of such Initiation Deposits.

## ARTICLE IV.  MEMBERSHIP CLASSIFICATIONS

Section 4.1    Classes of Membership.

The Operator may establish classes of membership from time to time. The rights and privileges of each class shall be set forth separately and may be changed from time to time by the Operator. All membership classes will be subject to these Bylaws and the Rules and Regulations. By applying from membership, each Member agrees that the Club may amend these Bylaws and the Rules and Regulations and the privileges of each class of membership.

Section 4.2    Full Golf Memberships.

A Full Golf Membership allows the Member to use all of the Facilities made available at the Club from time to time for use by Members and their guests. Members who hold a Full Golf Membership are not required to pay greens fees for the use of the golf facilities or court fees for the use of uncovered tennis or athletic facilities. Fees may be required for the use of other recreational facilities.

No more than 850 Full Golf Memberships (which for the avoidance of doubt shall include Corporate Memberships and Junior Memberships issued with full golf privileges without the obligation to pay green or court fees or fees for usage of athletic facilities) may be issued and outstanding at any time (the "Cap"). Nonresident Memberships, however, shall not count towards the Cap.

Section 4.3.   Tennis Memberships.

A Tennis Membership allows the Member to use all of the tennis facilities without the payment of court fees but not the use of the golf, health and fitness or swimming pools and related facilities.

10

Section 4.4.   Sports Memberships.

A Sports Membership allows the Member to use all of the Facilities other than the golf courses. Fees may be required for the use of other recreational facilities.

Section 4.5.   Corporate Memberships.

At the Operator's discretion, the Club may offer, from time to time, Corporate Memberships in any membership classifications designated by the Operator, and such memberships shall be applied for and issued in the name of the business entity (the "Corporation") that is to own the membership.   Corporate Memberships are not transferable from the Corporation to another business entity.  The Corporation shall have the right to designate a director, officer or employee of the Corporation entitled to exercise and enjoy the privileges of membership ("Corporate Designee").  Privileges of membership are as set forth in this Article IV, for the applicable classification in which the Corporate Membership is issued, and include the family privileges provided to Members in Section 3.4.  Each Corporate Membership shall have such number of Corporate Designees as established from time to time by Owner, who must be approved by Owner in the same manner as other candidates for membership.  The Corporate Designee may be changed by the Corporation from time to time, subject to (i) the approval by the Owner of the substitute Corporate Designee in the same manner as other candidates for membership, (ii) payment by the Corporation of the then current redesignation fee and (iii) compliance with the then current redesignation policy of the Club which may, among other things, limit the frequency of or determine permitted intervals for Corporate Designee changes.  The Club will provide invoices for dues, charges, and other usage fees, directly to the Corporate Designee.  However, the Corporation and the Corporate Designee shall be jointly and severally liable for payment all dues, charges and other usage fees under the Corporate Membership.  The purchase of any membership by a Corporation and any subsequent change in the Corporate Designee must be authorized in writing by an officer, director or principal of the Corporation.   Corporate Memberships in all membership classes shall terminate upon the dissolution, liquidation or cessation of the legal existence of the Corporation.  If the Corporation is a sole proprietorship, the Corporate Membership shall terminate upon the death of the principal.  Provisions of these Bylaws and of the Club's Rules and Regulations which, by their nature apply to natural human beings (such as, by way of example and not limitation, provisions related to personal conduct, dress code, usage of the Facilities, and participation in committees), shall apply to the Corporate Designee.

Section 4.6.   Nonresident Memberships.

At the Owner's discretion, Club may offer, from time to time, Nonresident Memberships. Nonresident Memberships are not transferable.  Nonresident Memberships may be offered to any Member in membership classifications designated by the Owner whose residences and places of business are located outside a fifty (50) mile radius of the Club.  A Member holding a Nonresident Membership shall be allowed all the privileges of membership afforded by the Club for the applicable membership class, but may be entitled to pay dues and/or an Initiation Payment at reduced levels as from time to time established by the Owner.  If any Nonresident

11

Member moves his or her residence or begins to work within the fifty (50) mile radius of the Club, the Member shall be ineligible for any Nonresident Membership and must immediately apply for membership in any available membership class. In the event a Member holding a Nonresident Membership subsequently becomes ineligible for the Nonresident Membership class, all membership privileges shall be suspended unless and until the Member has obtained a new membership. The Member shall receive a credit toward any Initiation Payment for such new membership equal to the amount of the Initiation Payment paid for the Nonresident Membership.

Section 4.7.   Junior Memberships.

At the Owner's discretion, Club may offer, from time to time, Junior Memberships in membership classifications designated by the Owner only to individuals under the age of forty (40). Junior Memberships are not transferable. A Member holding a junior membership shall be allowed all of the privileges of membership afforded by the Club for the applicable class of membership, but shall be entitled to defer a portion of the Initiation Payment until the Member's forty-first (41st) birthday. The amount of the Initiation Payment to be deferred shall be established by the Owner from time to time. On or before the Member's forty-first (41st) birthday, the Member must convert the membership from the junior category of membership to an available class and category of membership in order to continue membership in the Club. To convert the membership, the Member must pay the deferred portion of the Initiation Payment, which shall be equal to the difference between the amount of the Initiation Payment paid by the Member at the time of the acquisition of the Junior Membership and the amount of the Initiation Payment in effect at such time for the class and category of membership selected on the date of conversion.

Section 4.8   Right to Modify Membership Classes and Privileges.

The Club may modify, in its sole discretion, from time to time, membership classes, ownership, structure comprising the Cap, Facilities, playing privileges, blocked tee times, and related amenities in order to match the changing needs of the Club's membership and/or to operate the Club in an efficient manner as the Club determines necessary or appropriate in its sole discretion.

Section 4.9.   Dues-Exempt Memberships.

At the Owner's sole discretion, the Club may offer, from time to time, Dues-Exempt and/or Honorary Memberships in membership classifications designated by the Owner. Such Dues-Exempt and/or Honorary Members will be entitled to the privileges of the membership classification designated by the Owner, without the payment of required base monthly Club dues (and for Honorary Members, without the payment of any Initiation Payment).

Dues-Exempt memberships shall terminate upon the earlier of (i) the death of the Member (see below), (ii) the Member's resignation from the Club or other termination of the membership in accordance with these Bylaws, or (iii) the date on which the Operator ceases to own or operate the Club. Upon the death of the Member, the Dues-Exempt membership will be held by the then current spouse of the Member, and will terminate upon the death of such spouse, regardless of whether such spouse remarries after the death of the Member.

12

Section 4.10. <u>Honorary Memberships</u>.

At the Owner's sole discretion, Club may offer, from time to time, memberships in membership classifications designated by the Operator without the payment of any Initiation Payment or dues ("Honorary Memberships"). Honorary Memberships may be renewed or terminated by the Operator from time to time, at the Owner's discretion. In the event that Club has a published maximum capacity of dues-paying members, Honorary Memberships shall not be included for purposes of calculating the number of dues-paying members in the Club. Honorary Memberships are not transferable.

## ARTICLE V. FINANCIAL OBLIGATIONS

Section 5.1. <u>Financial Responsibility</u>.

Each Member shall be legally and financially responsible for the acts and omissions, including damage to Facilities, of Member, as well as those of Member's spouse, Spousal Equivalent or Spousal Designee, children, and guests. Further, each Member shall expressly be financially responsible to pay for any charges or other indebtedness incurred by the Member, the Member's spouse, Spousal Equivalent or Spousal Designee, children, and guests.

Section 5.2. <u>Dues, Fees and Charges</u>.

Periodically, the Club will determine the amount of dues, fees and charges to be payable by Members. Unless otherwise specified in a Candidate's Application, all membership classes will pay dues in advance on a quarterly basis, in which case, the dues shall be owing and payable on or before the first day of January, April, July and October of the then membership Year. Other charges applied to a Member's account shall be due and payable on a monthly basis. All Members shall provide the Club with one credit or debit card to which the Member authorizes the Club to charge dues, fees and charges in the event that the Member does not pay outstanding amounts on his or her club account when due, and the Member shall substitute such credit or debit card with another credit or debit card if it expires and is not renewed or is cancelled. Such past due charges will be billed on a monthly basis and Members will receive a written statement of their past due charges. The amount of dues and frequency of payment is subject to change as determined by the Club, in its sole discretion. Payment of dues by Members is a continuing obligation of membership which is not suspended due to the closure of any or all of the Facilities which result from acts of God, natural disasters, pestilence, weather, fires, facility repair or enhancement, due to disease or other unanticipated cause, requirements imposed by governmental authorities after the date hereof and any events beyond the reasonable control of the Operator or the Owner.

Any account which remains unpaid for a period of 30 days after the billing date shall be considered delinquent, and the Club will assess a late charge as established by the Club from time to time in its sole discretion, but in no event more than the maximum amount allowed by law for handling past due accounts for each billing period on an amount that is delinquent. In the event the amount charged is in excess of the maximum amount provided for under state law, the Club may refund any overpayment without penalty. Payments on delinquent accounts shall be

13

applied first to reduce late charges, then to reduce accrued dues and minimum spend charges (with the payment applied to reduce the oldest past due balances first), and then to any other charges.

Section 5.3.   <u>Food and Beverage, Retail or Spa Minimum</u>.

All Members will be required to spend a quarterly minimum at the Resort. The quarterly minimum shall include all Members' purchases at all food and beverage outlets at the Resort (including alcoholic beverage purchases and private catering), any retail purchases and any Spa treatments or purchases charged to the Member's Club account. Any other charges, including golf related charges (other than golf retail purchases), fitness, tennis, Chopra center and Resort guest room charges, shall not apply to the required minimum spend. The Club reserves the right to change the minimum, pricing and the payment schedule at its sole discretion.

Failure to consume the actual required minimum will not relieve the Member of the obligation as defined hereunder, and the Club shall have the right to charge such Member's Club account for the difference between the defined minimum and the amount actually spent and billed to the Member's Club account at the end of each quarter.

Section 5.4   <u>Trail and Golf Cart Fees</u>.

Golf Members will be entitled to use his privately owned golf carts provided they pay an annual trail fee and execute the Club's Private Golf Cart Trail Fee Agreement as in effect from time to time and otherwise comply with the Rules and Regulations relating to the use thereof. Golf Members may purchase an annual Golf Cart Plan at such fees and upon such terms as established by the Club from time to time. Only private golf carts, with current insurance certificates on file and registered with the Club that have paid the required trail fee, will be permitted at the Facilities, and all other Non-membership classes must pay a golf cart fee at the time of play. Guests of Members must pay a guest and golf cart fee even if riding in a private golf cart with any Member.

14

Section 5.6.   <u>Tax Consequences of Purchasing a Membership</u>.

All Members acquire their membership subject to all applicable tax laws as may exist now or at any time in the future. The Club makes no representations and expresses no opinions regarding the federal or state income tax consequences of refunding the Initiation Deposit. Persons interested in acquiring a membership should consult with their own tax adviser with respect to the tax consequences of paying the Initiation Deposit.

Section 5.7.   <u>No Assessments</u>.

Members will not be subject to any liability for capital or operating assessments for the costs and expenses of ownership or operation of the Club or the Facilities. The Operator will pay all operating deficits incurred in the operation of the Facilities and will retain all operating revenues resulting from operation of the Facilities. The Club operating budget and the calculation of the dues may include a reserve for capital replacements and improvements; however, this shall not be deemed an assessment for purposes of this provision.

Section 5.8.   <u>Membership Year of the Club</u>.

The Club's "membership Year" will constitute the 12-month period commencing January 1 and ending December 31, unless otherwise established by the Club from time to time.

**ARTICLE VI. DISCIPLINARY ACTION**

Section 6.1.   <u>Grounds</u>.

The Operator shall have power to reprimand, suspend, expel, or otherwise discipline any Member and/or Member's spouse or Spousal Designee, or children for committing any violation of these Bylaws or the Rules and Regulations; or for conduct unbecoming a Member; or for any offense against the best interests of the Club; or for other good and sufficient cause determined by the Owner. The Operator shall further have the power to reprimand, suspend, expel, or otherwise discipline any Member for nonpayment of dues and accounts as set forth in these Bylaws and/or the Rules and Regulations.

Section 6.2.   <u>Delinquent Accounts</u>.

When the account of any Member of the Club shall remain unpaid for a period of sixty (60) days after the billing date, the Operator may, by notice to the Member, suspend indefinitely the Member's charging privileges and the use of the Club by the Member and the Member's spouse, Spousal Equivalent or Spousal Designee and children. Such notice of suspension may be included with the statement of account mailed or otherwise delivered to the Member or sent under separate cover. If payment is not made within thirty (30) days after depositing the notice of suspension, such Member's membership will automatically be terminated by the Operator without further notice to the Member or action by the Owner. A membership terminated for nonpayment may be reinstated, if at all, at the sole discretion of the Operator and upon such terms as the Operator may determine. Termination of a delinquent Member's membership does not affect Member's right to receive a refund of Member's Initiation Deposit (if applicable), as

15

set forth in the Member's Candidate Application; however, all other rights of membership shall be otherwise terminated. Notwithstanding the foregoing, such Member must continue to pay dues, fees and other charges as set forth in Section 3.8. A Member whose membership has been terminated pursuant to this Section 6.2 who holds a transferable membership shall be entitled to be placed on the Transfer List following payment of all amounts required to be paid under Section 3.8.

Section 6.3.    Member Discipline/Grievance Committee.

The Operator may from time to time appoint a Grievance Committee consisting of at least three (3) Members from the general membership which shall review questions involving discipline of any Member for causes other than nonpayment of dues or other amounts owing. The Grievance Committee may be a standing committee of the Club or may be appointed on an ad hoc basis by the General Manager. Complaints concerning the conduct of any Member and/or any Member's fitness or suitability for membership in the Club shall be submitted in writing to the General Manager, who shall decide if the matter is to be referred to the Grievance Committee. Referral to the Grievance Committee is not a matter of right, but is in the sole discretion of the General Manager. Failure of the General Manager to refer such complaint to the Grievance Committee within thirty (30) days following receipt thereof shall mean either that the Operator has determined that the charge in such complaint lacks sufficient substantiality to proceed thereon or that the Operator has taken such disciplinary action as the Operator deems appropriate. The General Manager may also at any time initiate a complaint in writing to the Grievance Committee for purposes of a hearing and a determination thereon. Written notice of a hearing on any such complaint or charge shall be sent by the Grievance Committee; provided that the date of such hearing may not be less than twenty (20) days from the date of notice. The notice shall specify in general terms the acts complained of, the date, time, and place of hearing, and, upon request by the Member, the Member in question shall be provided a copy of the Bylaws of the Club. The Operator may, in its sole judgment, deem it in the best interests of the Club to suspend the Member and/or Member's spouse, Spousal Equivalent, Spousal Designee and/or children, until the grievance procedure has been completed and a final decision rendered. At the hearing, the Grievance Committee's function shall be to determine the facts concerning the complaint based upon the evidence presented. All such hearings shall be closed, except as to Member charged, witnesses, and a representative of the Owner. Legal counsel of the Operator may be allowed at the hearing before the Grievance Committee. Formal rules of evidence will not apply to any such hearing. The Member is not entitled to be represented by the counsel, and no such representation will be allowed. To the extent dictated by the Grievance Committee, any hearing may be conducted solely through written submissions. Within ten (10) days following the hearing, the Grievance Committee shall issue a finding of facts and recommendations in writing to the Chairperson of the Board of Governors and to the General Manager as representative of the Owner. The Operator shall, as soon as practicable, review the findings and recommendations and issue a final decision. The decision of the Operator as to sufficiency of the cause for removal, or suspension or other disciplinary action shall be final. In reaching its decision, the Operator shall not be found by the findings of fact or recommendations of the Grievance Committee.

16

Section 6.4.    Consequences of Suspension or Expulsion.

In the event a Member is expelled or temporarily suspended from the Club, such Member, and any other person (i.e., the Member's spouse, Spousal Equivalent, Spousal Designee or children) who would also be entitled to the rights and privileges of such membership, shall be permanently barred in the event of expulsion (unless separate membership is obtained by such other persons) or temporarily barred during the period of suspension, as the case may be, from admittance to the Club, both under the Member's own membership and as a guest of another Member.  No dues abatement or reduction will apply during any period of suspension.  Expulsion results in the termination of the expelled Member's membership.  Expulsion does not entitle the Member to a hearing.  Expulsion does not affect Member's right to receive a refund of Member's Initiation Deposit (if applicable), as set forth in Member's Candidate Application; however, all other rights of membership are terminated upon expulsion.  Notwithstanding the foregoing, an expelled Member must continue to pay dues, fees and other charges as set forth in Section 3.8.  An expelled Member who holds a transferable membership shall be entitled to be placed on the Transfer List following payment of all amounts required to be paid under Section 3.8.

## ARTICLE VIII.  MISCELLANEOUS

Section 8.1.    Associations.

Members from time to time may form associations or groups which meet at the Facilities and share a common interest, which such common interest may or may not be related to Facilities and activities.  The Operator does not assume any responsibility nor accept or incur any liability for the activities of any such association or group.  Each association or group may develop its own rules or policies for self-governance, provided that no association rules or policies may be contrary to or in conflict with these Bylaws, or the Rules and Regulations, or the policies established by the Owner.  The Operator reserves the right to restrict or terminate the use of the Facilities by any association which the Operator determines to be contrary to the philosophy or best interests of the Club.

Section 8.2.    Notices.

Except where otherwise clearly specified herein, whenever any notice, statement, billing or other communication is required or permitted to be given a Member under these Bylaws may be given in any manner by the Operator that is reasonably intended to timely reach the recipient, including United States mail, postage prepaid, overnight courier, hand delivery or electronic mail, addressed to Member's last known address on file in the office of the Club.  Any notice, statement, billing or other communication so sent shall be deemed to have been given and received on the third business day following the date of its deposit in the United States mail, the following business day if sent by overnight mail, on receipt if sent by hand delivery or when sent if sent by electronic mail.

17

Section 8.3.    Liability for Injuries; Release.

While using the Facilities or participating in Club events, whether on or off the premises, Members and their guests are charged with the responsibility of using proper judgment and caution at all times. Neither the Club nor the Operator assumes any liability for injuries caused to or incurred by any Member, user, or guest or for damage to property resulting from the use of the Facilities. In consideration of the privileges described herein, each Member and each person using the Facilities, equipment and amenities of the Club through a Member's membership, expressly agrees that **(i) all use of the Facilities, equipment and amenities is undertaken at the sole risk of the user, and neither the Owner nor the Operator shall be liable for any injuries or damages to any Member or any other persons; and (ii) none of the Owner, the Operator or their respective affiliates, officers, directors, shareholders, managers, members, agents and employees shall not be subject to and are hereby released and forever discharged from any claims or demands whatsoever, including, without any limitation, those claims or demands resulting from acts or omissions of active or passive negligence on the part of the Owner, the Operator or their respective affiliates, officers, directors, shareholders, managers, members, agents or employees.**

Section 8.4.    Personal Property.

Due to the number of guests and other persons granted access to the Club, the Operator cannot guarantee the security of personal property. Therefore, each Member and each person using the Facilities is required to take precautions against theft and to properly secure all articles of personal property. In consideration of the privileges described herein, each Member and each person using the Facilities, equipment and amenities agrees that neither the Owner nor the Operator is responsible or liable for articles damaged, lost or stolen in or about the Club, or left in lockers, including, but not limited to, golf clubs, golf bags, jewelry, and other similar personal items, or for loss or damage to any property, including, but not limited to, automobiles and the contents thereof. Any storage facilities or lockers provided at the Club are offered as a convenience to Members and others and neither the Owner nor the Operator represents or warrants that the lockers or storage facilities are safe and secure, nor does it guarantee that any items placed therein are or will be secure.

Section 8.5.    Small Claims Court/Arbitration.

Any controversy arising out of, or relating in any way to these Bylaws, or the Rules and Regulations, or any Member's membership, or a breach of any of the foregoing, shall be settled by bringing a proper action in the small claims court, or its equivalent, if the controversy is within the jurisdiction of the small claims court. Any controversy (other than collection cases brought by the Operator against a Member for nonpayment of dues, charges and accounts) arising out of, or relating in any way to, these Bylaws or the Rules and Regulations, or any Member's membership, which is not within the jurisdiction of the small claims court, shall be settled by binding arbitration administered by an arbitrator selected by the American Arbitration Association (the "Arbitrator"), in accordance with its rules. A judgment upon an award rendered by the Arbitrator may be entered in any court having jurisdiction. The initiating party shall give written notice to the other party of its decision to arbitrate by providing a specific statement

setting forth the nature of the dispute, the amount involved, the remedy sought, and the hearing locale requested. The initiating party shall be responsible for all filing requirements and the payment of any and all fees according to the rules of the Arbitrator. The Arbitrator shall award to the prevailing party, if any, as determined by the Arbitrator, all of its costs and expenses including reasonable attorney's fees, Arbitrator's fees, and out-of-pocket expenses of any kind. The Arbitrator cannot award more than the Initiation Payment paid for the membership pursuant to the Member's Candidate Application, and in no event shall the Operator or the Club be liable for any incidental, indirect, speculative, special, consequential, punitive, or exemplary damages of any kind. The parties agree to waive any right to trial by jury as well as any rights to appeal the final arbitration finding (but not the waiver of any rights to make interlocutory appeals with respect to any preliminary or procedural arbitration findings). The arbitration shall be limited solely to the dispute or controversy between Member, Operator and the Club, except that affiliates of Operator and the Club may also participate at the sole election of Operator and the Club. A Member cannot act as a class representative, a private attorney general or in any representative capacity, or participate as a member of a class with respect to claims that are subject to arbitration hereunder. Should any Member, and Member's spouse, Spousal Equivalent or Spousal Designee, or children (or representative for any children) fail to abide by the jurisdictional forums provided for in this Section 8.5 and institute a lawsuit or action against or involving the Club or Owner, the Member's membership may be terminated, and the Member's transferability rights, if any, shall be forfeited. The Member shall be liable for any attorneys' fees and costs (including such fees required in connection with appeal proceedings) incurred in connection with the collection of any delinquent Member account(s).

Section 8.6.   Independent Entity.

The Members recognize and acknowledge that the Operator is an independent entity, chartered under the laws of the State of Delaware to whom the Members will solely look and who is solely responsible for the obligations and liabilities of the Operator recited herein, arising hereunder, or in any manner related to the transactions contemplated hereby. The Members further recognize and acknowledge that no other entity or entities, including (i) the Owner's parent company or companies, (ii) any individual, or (iii) any entity affiliated with the Operator which may form, organize, provide services to, provide loans and funds to, negotiate for, provide personnel to, make representations on behalf of, and from time to time take actions on behalf of or for the benefit of the Owner, by direct dealings with the Members or those acting for them, is in any manner liable or responsible for the obligations and liabilities of the Owner, whether recited herein, arising hereunder, or in any manner related to the transactions contemplated hereby, including, but not limited to, the refund of the Initiation Deposit, if applicable.

Section 8.7.   Binding Effect; Indemnification.

**IN CONSIDERATION OF THE RIGHTS AND PRIVILEGES OF MEMBERSHIP, EACH MEMBER AGREES, ON HIS OR HER OWN BEHALF, AND ON BEHALF OF HIS OR HER SPOUSE, SPOUSAL EQUIVALENT, SPOUSAL DESIGNEE, FAMILY AND GUESTS, TO BE BOUND BY THESE BYLAWS AND THE RULES AND REGULATIONS.   FURTHERMORE, EACH MEMBER AGREES (I) TO HOLD HARMLESS   THE   OWNER   AND   THE   OPERATOR   AND   THEIR**

19

**RESPECTIVEAFFILIATES, OFFICERS, DIRECTORS, SHAREHOLDERS, MANAGERS, MEMBERS, AGENTS AND EMPLOYEES, (II) TO INDEMNIFY THE SAME FROM ANY CLAIM, LIABILITY OR LOSS WHICH RESULTS FROM OR IS CONNECTED WITH ANY VIOLATION OF THESE BYLAWS OR THE RULES AND REGULATIONS BY THE MEMBER, MEMBER'S SPOUSE, SPOUSAL EQUIVALENT, SPOUSAL DESIGNEE, FAMILY OR GUESTS, OR ANY DISPUTE ARISING FROM MEMBERSHIP, OR ANY USE OF THE FACILITIES OR PREMISES (INCLUDING THE USE, MISUSE OR FAILURE OF ANY EQUIPMENT USED BY THE MEMBERS OR THE MEMBER'S FAMILY OR GUESTS), INCLUDING BUT NOT LIMITED TO ANY CLAIMS OR DEMANDS WHATSOEVER RESULTING FROM ACTS OR OMISSIONS OF ACTIVE OR PASSIVE NEGLIGENCE ON THE PART OF THE OWNER, THE OPERATOR OR THEIR AFFILIATES, OFFICERS, DIRECTORS, SHAREHOLDERS, MANAGERS, MEMBERS, AGENTS OR EMPLOYEES.**

Section 8.8.   Associate Club Privileges.

The Club may participate as an "Associate Club" offering two-way privileges in the Associate Clubs International Program (the "ACI Program"). Reciprocal privileges are set forth in the Clubs and Resorts Guide section of *Private Clubs* magazine or as may otherwise be provided by the Club from time to time. Members of the Club may qualify for some level of participation in the ACI Program at the Associate Clubs listed in the most current roster of *Private Clubs* magazine or as may otherwise be provided by the Club from time to time. Certain participation levels may require additional charges for participation by the Member. The privileges will be subject to the applicable terms, conditions and restrictions (including radius restrictions) of the ACI Program and the appropriate level of ACI Program benefits selected by Member. The participating Associate Clubs may have additional limitations and participants are requested to pay all usage fees as may be required under the rules and regulations of a particular Associate Club. The terms, conditions and restrictions of the ACI Program and the participating Associate Clubs shall be subject to change or termination from time to time, and at any time. Radius restrictions are applicable to the Club and the Members, and are based upon the distance from the Member's Club and each Member's residences and places of business. Restrictions can apply from more than one residence or place of business if Associate Clubs International, the administrator of the ACI Program, determines in its discretion that a Member has more than one place of residence or business.

Section 8.9.   Society Privileges.

The Club may participate in the Compass Society of Southern California (the "Society"), a reciprocal program administered by Society Management, Inc. Each Member participating in the Society is expected to abide by the bylaws and rules of each participating club. Participation in the Society requires additional charges for participation by the Member. Not all categories of membership are eligible for participation in the Society. Operator may determine from time to time in its discretion which categories may be eligible for participation in Society.

20

Section 8.10.   <u>Amendment to Bylaws</u>.

The Operator shall have the right, without notice, to adopt new Bylaws and amend, modify, or waive these Bylaws at any time and from time to time.  New Bylaws will supersede and replace any prior Bylaws of the Club; amendments or modifications shall supersede and replace any prior Bylaws with respect to the terms amended or modified.   Any such new Bylaws, amendments, modifications or waivers shall be effective immediately upon adoption by the Operator; a copy of the same shall be made available to the general membership either by posting on the Club's website, posting in the Club, or delivery to the membership.

IN WITNESS WHEREOF, these Bylaws have been executed and approved by Operator and are to be effective as of March 1, 2011.

OPERATOR

_____

21