MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
WHITNEY R. BLACKHURST, Bar No. 295239
whitney.blackhurst@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>  Plaintiff,<br><br>  v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 20, inclusive,<br><br>  Defendants. | Case No. 19-cv-01923-W-KSC<br>Judge: Hon. Thomas J. Whelan<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Date: March 1, 2021<br>Dept.: Courtroom 3C (3rd Floor) |

1  Defendant Omni Hotels Management Corporation respectfully requests that the Court take judicial notice of the following matters pursuant to Rule 201 of the Federal Rules of Evidence.

1. Notice of Removal of Action Under 28 U.S.C. § 1441(b) Diversity, *Allen Harvey Abolafia v. Omni Hotels Management Corporation*, United States District Court, Southern District of California, Case No. 19-cv-01923-W-KSC, filed October 2, 2019, which is on file as Documents 1, 1-1, and 1-2.

2. First Amended Answer, *Allen Harvey Abolafia v. Omni Hotels Management Corporation*, United States District Court, Southern District of California, Case No. 19-cv-01923-W-KSC, filed April 27, 2020, which is on file as Document 12.

Dated: January 15, 2021　　　　　　　BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
　　MATTHEW L. GREEN
　　WHITNEY R. BLACKHURST
　　Attorneys for Defendant
　　OMNI HOTELS MANAGEMENT CORPORATION