UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HARVEY ABOLAFIA,<br><br>                    Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>                    Defendant. | Case No.:  19cv1923-W(KSC)<br><br>**NOTICE AND ORDER SCHEDULING A MANDATORY SETTLEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING PROCEDURES** |

    A Mandatory Settlement Conference (MSC) has been scheduled in this matter for *<u>April 14, 2021</u>*.  The personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation is required.  However, due to the COVID-19 public health emergency the Court will hold the MSC **by telephone** for all attendees.  Accordingly, it is hereby ordered that:

    1.    Counsel and party representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of *<u>9:30.m. to noon</u>* on *<u>April 14, 2021</u>*.  All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person, *e.g.*, attendees cannot be driving while speaking to the Court.

/ / /

1

(KSC)

2. On **_April 14, 2021_** at **_9:30 a.m._** counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 and press "*" when prompted for a security code. The Court will initially confer jointly with counsel and the parties. Immediately following the joint discussion, the Court will initiate separate, confidential calls with plaintiff and defendant, respectively. To this end, each party must provide the Court with a single phone number to use to initiate these calls. The telephone number provided for a party must be one the Court can use to reach both counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions. **_No later than April 8, 2021_**, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential MSC discussions, and any other necessary call-in information for the Court (*i.e.,* conference line passcodes).

3. **_No later than April 8, 2021_**, the parties must submit confidential MSC statements to efile_crawford@casd.uscourts.gov. The parties are directed to limit confidential MSC statements to **_5 pages or less_** (*20 pages or less, including exhibits*).

4. **Procedure for Telephonic Appearance:** Counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 and press "*" if prompted for a security code. The Court will initially confer jointly with counsel and the parties. Immediately following the joint discussion, the Court will initiate separate, confidential calls with plaintiff and defendant, respectively. To this end, each party must provide the Court with a single phone number to use to initiate these calls. The telephone number provided for a party must be one the Court can use to reach both counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions.

**No later than April 8, 2021 prior to the MSC, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential MSC discussions, and any other necessary call-in information for the Court (*i.e.,* conference line passcodes).**

5. All remaining dates, deadlines, procedures, and requirements set forth in the Court's Scheduling Order of April 7, 2021[Doc. No. 11] remain in place.

IT IS SO ORDERED.

Dated: March 12, 2021

Hon. Karen S. Crawford
United States Magistrate Judge

     6.     All dates, deadlines, procedures, and requirements set forth in the Court's Amended Scheduling Order remain in place, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated:  March 8, 2021

                                          Hon. Karen S. Crawford
                                          United States Magistrate Judge